# EXHIBIT A

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back   Location : Galveston County   Images

# CASE SUMMARY
## CASE NO. 12-CV-1284

| | | | |
|---|---|---|---|
| Josh Belknap, et al vs. Bank of America Home Loans, et al | §<br>§<br>§<br>§<br>§<br>§ | Case Type:<br>Date Filed:<br>Location:<br>Judicial Officer: | Contract - Debt -<br>Commercial/Consumer<br>05/24/2012<br>405th District Court<br>Mallia, Wayne |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | **Bank of America Home Loans**<br>c/o Registered Agent Stinson Foundation<br>303 West Wall Street<br>Midland, TX 79701 | **Jeffrey R. Seewald**<br>*Retained*<br>7135201900(W)<br>7135201025(F)<br>JSEEWALD@MCGLINCHEY.C( |
| Defendant | **Recontrust Company, N.A. ,a subsidiary of**<br>**Bank of America**<br>c/o Registered Agent, Stinson Foundation<br>303 West Wall Street<br>Midland, TX 79701 | **Jeffrey R. Seewald**<br>*Retained*<br>7135201900(W)<br>7135201025(F)<br>JSEEWALD@MCGLINCHEY.C( |
| Defendant | **Wells Fargo Bank, N.A., as Trustee for the**<br>**Certificate Holders Merrill Lynch Mor**<br>c/o Registered Agent Corporation Service<br>Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3218 | **Jeffrey R. Seewald**<br>*Retained*<br>7135201900(W)<br>7135201025(F)<br>JSEEWALD@MCGLINCHEY.C( |
| Plaintiff | **Belknap, Josh** | **Robert D Clements, Jr.**<br>*Retained*<br>281-331-1325(W)<br>281-331-8777(F) |
| Plaintiff | **Belknap, Katherine Boland** | **Robert D Clements, Jr.**<br>*Retained*<br>281-331-1325(W)<br>281-331-8777(F) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 05/24/2012 | Original Petition - OCA |
| 05/24/2012 | Proposed Order (unsigned)<br>*Temporary Restraining Order and Order setting Hearing* |
| 05/24/2012 | Information Sheet - for Case Filing |
| 05/24/2012 | Request for Service |
| 05/24/2012 | Request for Service |
| 05/24/2012 | Request for Service |
| 05/24/2012 | Court Coordinator's Case Notes<br>*TRO SIGNED /S/FC/SE* |
| 05/24/2012 | Temporary Restraining Order (Judicial Officer: Judge, Visiting )<br>*Judge, Frank Carmona.* |
| 05/25/2012 | Bond - Certificate of Cash in Lieu of |
| 05/25/2012 | Citation Issuance - Work Product<br>*w/TRO; called atty's office for pick-up. sd* |
| 05/25/2012 | Temporary Restraining Order - Issued - OCA - Work Product<br>*w/Cits.; called for pick-up sd* |
| 05/25/2012 | Precept Issued - Work Product<br>*Issued 3 Precepts; called for pick-up sd* |
| 06/05/2012 | Hearing (3:00 PM) (Judicial Officer Mallia, Wayne)<br>*temporary restraining order*<br>Result: Held |
| 06/06/2012 | Order to Extend Temporary Restraining Order (Judicial Officer: Mallia, Wayne )<br>*Until June 20, 2012; no request for service.* |
| 06/22/2012 | Original Answer<br>*and* |
| 06/22/2012 | Special Exceptions<br>*No request for Setting.* |
| 06/22/2012 | Proposed Order (unsigned)<br>*granting Defts' Special Exceptions.* |
| 08/23/2012 | Status Conference  (9:30 AM) (Judicial Officer Mallia, Wayne) |

---

**Unofficial Record**

42

CAUSE NO. 12 CV 1284

2012 MAY 24  PM 1: 50

| | | |
|---|---|---|
| JOSH BELKNAP and | § | IN THE DISTRICT COURT OF |
| KATHERINE BOLAND BELKNAP | § | DORYN DANNER GLENN |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| VS. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA HOME LOANS, | § | |
| RECONTRUST COMPANY, N.A., | § | |
| a Subsidiary of Bank of America, and | § | |
| WELLS FARGO BANK, N.A., as | § | |
| Trustee for the Certificate Holders | § | |
| Merrill Lynch Mortgage Investors Trust | § | |
| | § | |
| **Defendants.** | § | 405th JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION
## REQUEST FOR EQUITABLE RELIEF, REQUEST FOR TEMPORARY AND
## PERMANENT INJUNCTIONS AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Plaintiffs, Josh Belknap and Katherine Boland Belknap** and file this

Petition complaining of **Defendants, Bank of America Home Loans, Recontrust Company,**

**N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the**

**Certificate Holders Merrill Lynch Mortgage Investors Trust.** For good causes of action

against the Defendants, the Plaintiffs would respectfully show the Court as follows:

### Discovery Control Plan

The Plaintiffs intend to conduct discovery pursuant to Level II of Texas Rule Civil

Procedure 190 because Plaintiffs are seeking damages and equitable relief.

### Parties

Plaintiffs, Josh Belknap and Katherine Boland Belknap are individuals who reside in

Galveston County, Texas.

$327.00
Cl

Hand delivered
Hc Set

12-CV-1284
DCORPET
Original Petition - OCA
403780



1

Defendant, Bank of America is a lending institution doing business in Galveston, Texas and may be served with process by and through its registered agent. The registered agent for service is the Stinson Foundation, who may be served at 303 West Wall Street, Midland, Texas 79701. Plaintiffs request citation to issue.

Defendant, Recontrust Company, N.A., a Subsidiary of Bank of America is a banking institution doing business in Texas and may be served with process by and through its registered agent. The registered agent for service is the Stinson Foundation, who may be served at 303 West Wall Street, Midland, Texas 79701. Plaintiffs request citation to issue.

Defendant, Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust is a lending institution doing business in Texas and may be served with process by and through its registered agent. The registered agent for service is Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. Plaintiffs request citation to issue.

## Nature of Action

This is a suit to enjoin and restrain a foreclosure sale posted under an unlawful declaration of default and acceleration of maturity of a promissory note. The Plaintiffs timely tender payments on the home loan. Defendant accepted payments, paid taxes and insurance out of the Plaintiffs' escrow fund and managed the account. In 2011, the Defendant filed a Notice of Foreclosure in Brazoria County, Texas despite the fact that the subject property is located in Galveston County, Texas. The facts of the defendants attempts and plaintiffs proff of her compliance with the terms of the underlying contract and deede of trust are set forth in the plaintiif Katherine Boland Belknap's affidavit attached.

2

**Execution of Note and Deed of Trust**

On December 3, 2004, the Plaintiffs purchased a certain tract of real property in Galveston County, Texas, from defendant, Bank of America Home Loans, predecessor mortgage Electronic Registration Systems, Inc.  On that date, the Plaintiffs executed and delivered to Defendant, Bank of American Home Loans a promissory note.  To secure payment of the note, and as a part of the transaction, the Plaintiffs executed a deed of trust dated December 3, 2004, naming Defendant, Recontrust Company, N.A. trustee for the benefit of defendant, Bank of America Home Loans.  The deed of trust is recorded in the Mortgage Records of Galveston County, Texas.  A true and correct copy of the Notice of substitute Trustee's Sale is attached as Exhibit J and incorporated by reference.

**Imminent Harm**

Plaintiffs were and are the owners of the property purchased from Defendant, Bank of America Home Loans and more particularly described as follows:

> A 1.556 acre tract of land and being the west 250 feet of the east 450 feet of lot 6, in block 38, of Algoa suburbs addition, in Galveston County, Texas, according to the revised map thereof recorded in Volume 238, Page 1 of the map records and transferred to plat record 1, Map No. 1, 80th of the map records of Galveston County, Texas.

Although the property is encumbered by the deed of trust lien in favor of defendant Bank of America Home Loans, Plaintiffs are not in breach of any covenant or in default of any obligation owed to Defendant, Bank of America Home Loans.  Nevertheless, Defendant, Recontrust Company, N.A., as trustee, acting on instructions from Defendant, Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-HE1, has given notice that the property is to be sold by the trustee pursuant to the powers contained in the deed of trust.  The public sale by the trustee

3

has been set for a time between 10:00 a.m. and 4:00 p.m. on June 5, 2012 at the courthouse door in Galveston, Galveston County, Texas.

## **Probable Right to Relief**

Plaintiffs and Defendant, Bank of America Home Loans entered into a loan modification trial period plan on July 1, 2011. The Plaintiffs were required and made payments on July 1, 2011, August 1, 2011 and September 1, 2011 all in the monthly amounts of $947.08. The Plaintiffs have continued to make payments via telephone transfer, cashier check and wire-transfer. These different methods of payment were demanded by the Defendant, Bank of America Home Loans.

Specifically, the Plaintiffs aver that on foregoing payments of $947.08 were made to and accepted by Defendant Bank of American Home Loans the owner and holder of the note secured by the deed of trust. Subsequently, on or about Defendant Bank of America Home Loans notified the Plaintiffs that he installment was late and that the maturity of the note was being accelerated so that the entire balance must be paid within 10 days or the property would be posted for foreclosure. At the time of the attempted acceleration, the Plaintiffs were not delinquent in the payment of any sums due Defendant Bank of America Home Loans. The Plaintiffs will further show that the Plaintiffs were not given notice of the intent to accelerate the note and were not given an opportunity to cure any default, if one did exist.

## **Probably Irreparable Harm**

Despite the Plaintiffs' protestations to Defendant, Bank of American Home Loans that there was no breach of covenant or default in the Plaintiffs' obligations sufficient to justify foreclosure, the Defendant threatens to and, unless restrained, will sell or cause the plaintiffs' property to be sold. The Plaintiffs will suffer irreparable injury unless the foreclosure sale is

4

restrained and enjoined.  The foreclosure sale will deprive the Plaintiffs of the use and enjoyment of the property, and will cause them to lose the only place they have to live.  Additionally, the Plaintiffs will lose the right to sell or mortgage the property at some future date and will not obtain full benefit of the appreciated value.

### Inadequate Remedy at Law

The Plaintiffs will show that there is no remedy at law that is clear and adequate to protect the Plaintiffs' property interest against this wrongful foreclosure by the Defendant.  The Plaintiffs request injunctive relief so that justice may be done, mot merely for delay.  The Plaintiffs have performed all conditions precedent and is ready, willing and able to perform each and every obligation imposed by the note and deed of trust and to perform any equitable acts as the court deems necessary.

WHEREFORE, the Plaintiffs request that:

1.      A temporary restraining order be issued without notice to the Defendant, restraining the Defendant, their agents, servants, and employees, from directly or indirectly selling or attempting to sell the trust property on June 5, 2012, the first Tuesday of the month under the power of sale contained in the deed of trust, and any such Tuesday after.

2      The Defendant be cited to appear and show cause, and that on hearing, a temporary injunction be issued enjoining Defendants, their agents, servants, and employees, from directly or indirectly selling or attempting to sell the trust property under the power of sale contained in the deed of trust so long as the Plaintiffs make the agreed payments and otherwise complies with its obligations to Defendant Bank of American Home Loans, or on other conditions as the Court deems equitable.

5

3.     The Court declare that as of May 1, 2012 no default exists in the Plaintiffs' obligations to Defendant Bank of American Home Loans arising out of the note and deed of trust described in this petition.

4.     The Plaintiffs recover costs of suit.

5.     The Plaintiffs be awarded other and further relief to which the Plaintiffs may be justly entitled.

### Jury Demand

Plaintiffs demand a jury trial and tender the appropriate fee with this petition.

### Conditions Precedent

All conditions precedent to Plaintiffs' claim for relief has been performed or has occurred.

### Request for Disclosure

Under Texas Rule of Civil Procedure 194, Plaintiffs request that Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### Attorney's Fees

The Plaintiffs incorporate by reference and re-allege each of the foregoing paragraphs as if the same had been set forth herein verbatim.

As a result of the Defendant's conduct, the Plaintiffs have been forced to hire the undersigned attorney to represent them. The Plaintiffs are entitled to an award of their attorney's fees.

### Prayer

WHEREFORE, the Plaintiffs pray that the Defendant be cited to appear and on final trial of this matter, the Plaintiffs have and recover judgment for:

a.  Damages in an amount greatly exceeding the minimum jurisdictional limits of this Court;

b.  Declaratory relief ordering the Defendant to cease and desist from disposing of insurance funds.

c.  Exemplary Damages;

d.  Attorney's fees;

e.  Expenses incurred in pursuing a shareholder derivative action;

f.  Pre-judgment and post-judgment interest;

g.  Costs of Court; and

h.  Such other and further relief, both general and special, at law or in equity, to which the Plaintiffs may be justly entitled to receive.

Plaintiffs pray for general relief.

Respectfully submitted,

LAW OFFICE OF ROBERT D. CLEMENT, JR. & ASSOC.

ROBERT D. CLEMENTS, JR.
State Bar No. 043696000
CHRIS R. LAY
State Bar No. 24026114
MELISSA KRAMPOTA
State Bar No. 24070081
PATRICK "PAT" HUZINEC
State Bar No. 10363850
1600 E. Highway 6, Suite 318
Alvin, Texas 77511
Telephone:  (281) 331-1325
Facsimile:  (281) 331-8777
Attorneys for Plaintiffs

7

CAUSE NO. _____

| | | |
|---|---|---|
| JOSH BELKNAP and | § | IN THE DISTRICT COURT OF |
| KATHERINE BOLAND BELKNAP | § | |
| | § | |
|    Plaintiffs | § | |
| | § | |
| VS. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA HOME LOANS, | § | |
| RECONTRUST COMPANY, N.A., | § | |
| a Subsidiary of Bank of America, and | § | |
| WELLS FARGO BANK, N.A., as | § | |
| Trustee for the Certificate Holders | § | |
| Merrill Lynch Mortgage Investors Trust | § | |
| | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF KATHERINE BOLAND BELKNAP

STATE OF TEXAS       §
                       §

COUNTY OF BRAZORIA    §

      BEFORE ME, the undersigned authority, appeared KATIE BELKNAP, who after being by me duly sworn, stated the following under oath:

      "My name is KATIE BOLAND BELKNAP.   I am competent to make this affidavit, I am of sound mind and am over the age of (18) eighteen. The statements of fact set forth herein are true and correct and based upon my personal knowledge, the documents attached are my person business records kept by me in the regular course of maintaining timely payments and ongoing business regarding the mortgage on my home which was purchased December 3, 2004, since the purchase the records are kept in my ordinary course of my family's record and book keeping with knowledge of the act, event, condition, or opinion that was recorded to make this record or to transmit the

1

information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, or opinion that was recorded, the following is also within my personal knowledge.

On or about April 1, 2010 I contacted Bank of America regarding my swing rate loan. My goal was to secure a fixed rate on my loan. Upon contacting them they advised me that I could qualify for Making Home Affordable Program. On April 16, 2010 the Bank sent me a Home Modification Package attached as Exhibit "A". I completed this package and mailed the Home Modification Loan back to Bank of America via a prepaid envelope provided by Bank of America. On June 9, 2010 I received a letter from Bank of America Attached as Exhibit "B". It appeared from this letter that Bank of America was asking for my Home Owner Association monthly dues. I contacted Bank of America on June 10, 2010 at phone number 1-877-201-3524 and with the Home Retention Division. I advised the Loan Officer that I resided in the suburbs and Home Owners Association dues were not applicable in my case. I was advised to fax over this information. I complied with Bank of America and submitted the following fax:

Loan #228133762

Dear BAC Home Loans,

June 10, 2010

I have sent all the documents to you. We do not have a Homeowners/Condominium Association. Please call 832-875-3327 if you have any questions.

Thanks.

Katherine Belknap

For the next 10 months I called Bank of America at phone number 1-877-201-3524 because I was concerned about making my regular house note. I was told each time that my loan was in review and I did not have to make my regular house payment while I was in review and that a Bank of America would get back with me.

On March 21, 2011 I received a letter from Bank of America attached as Exhibit "C". I contacted Bank of America at phone number 1-888-325-5399 at approximately 12:05 p.m. and spoke with a representative known as Sandy. Sandy stated that I was going to receive a second review and it would be processed by Bank of America Victoria Zon at phone number 1-877-345-6431 Ext. 57151.

On March 29, 2011 I called Bank of America at phone number 1-800-846-2222 and spoke with Bank of America representative Tameria. Tameria advised that Bank of

2

America has no updates regarding my loan and someone from the Bank would be contacting me.

On April 1, 2011 I called Bank of America at phone number 1-877-345-6431 and spoke with Bank of America representative Daniel. Daniel stated that he could not advise me regarding my loan because the Bank has my maiden name (Boland) in the system as opposed to married name (Belknap).

After receiving no positive results from Daniel I immediately called Bank of America back at phone number 1-877-345-6431 and spoke with Bank of America representative Chris. I advised Chris that I wanted something in writing regarding the loan and the bank's intentions regarding my loan. Chris stated that he could not provide me with anything in writing and that all he could say is that my loan was still in review. I asked Chris if I could speak with a supervisor. Chris referred me to Irene at phone number 1-877-327-9225.

I contacted Irene at phone number 1-877-327-9225 and received no answer.

On April 7, 2011 I called phone number 1-877-326-9225 and spoke with Bank of America representative Morane. Morane stated that she has no update regarding my loan due to it still being in review. I asked Morane if they would provide me with something in writing regarding my loan. Morane stated that she could not provide anything in writing. Morane stated she was reviewing notes attached to my loan and discovered that my home was to be foreclosed on, sale date 4/19/11. Morane stated this foreclosure could be postponed due to my loan being in review.

On May 1, 2011 and after speaking with Bank of America representative Morane and fearing my home was going to be foreclosed on I sought legal services via Patrick "Pat" Huzinec.

Upon Mr. Huzinec reviewing my case he stated that Bank of America/Recon Trust has filed the foreclosure in the wrong county. Mr. Huzinec completed the following actions:

(See billing invoice Exhibit C-1)

On May 24, 2011 I received the loan APPROVAL from Bank of America attached as Exhibit "D" (4 pages).

I complied with the terms of this agreement and paid my first trial note on June 24, 2011 for the month of July 2011 in the amount $950.00 via check # 1904. I called this payment in via phone number 1-888-325-5357.

I complied with the terms of this agreement and paid my second trial note on August 1, 2011 for the amount of $950.00 via check # 1910. I called this payment in via phone number 1-888-325-5357.

3

On this same date I asked the Bank of America representative when would I receive the loan paper work to complete the loan. I was instructed to send my September trial payment and Bank of America would forward me the loan contract.

I complied with the terms of this agreement and paid my third trial note September 1, 2011 for the amount of $950.00 via check # 1924. I called this payment in via phone to number 1-888-325-5357.

On October 12, 2011 I received the Rate change notice dated October 1, 2011 and the contract from Bank of America/Home Retention Division for the loan attached as Exhibit "E" (2 pages)

Upon reviewing the contract I discovered that the contract would be null and void if not signed and executed by October 11, 2011 see Exhibit "E" Page (1). The aforementioned documents clearly reflects that I did not receive this contract via Fed-Ex until October 12, 2011 Exhibit "E" Page (2) thus making this contract impossible to accept per the explicit instruction contained in the contract by Bank of America.

I called Bank of America, I believe the next day, October 13, 2011 and advised them that I had not received the contract until after the statue of limitation had expired, making the contract invalid. I requested a new document with a correct date. I was advised to keep making the payments and a Bank of America representative would contact me.

I complied with the request of Bank of America and made October 2011 payment to Bank of America.

I complied with the request of Bank of America and on September 4, 2011 I called Bank of America at 1-888-325-5357 and submitted a payment of $960.00 to Bank of America for September 2011 payment. Once again I asked the representative from Bank of America about them sending me a contract with the correct date for me to initial. I was told that my account representative would be Troy Williams and to contact him at 1-888-325-5357.

I complied once again and called the aforementioned phone number. I spoke with Troy Williams and advised him that I was approved for the loan, I had received the loan contract however per direct order of the contract, the return date was past due making the contract invalid. Troy Williams stated he would check into the problem and return my call within 3 days.

On September 8, 2011 I called Bank of America at 1-888-325-5357 in an attempt to contact Troy Williams. I received only a voice mail stating he was in the office between the hours of 4:00 p.m. and 11:00 a.m. I left him a message to contact me.

4

After receiving only a voice mail, I called back an attempted to speak with any other advisor available.   I was advised that I was only allowed to speak with Troy Williams due to him being my account advisor.

On September 9, 2011 I called Bank of America at 1-888-325-5357 and spoke with Troy Williams.  Williams stated he would get back to me within 3 days.  I asked Williams if he could provide me with something in writing and he stated he would make notes on my account, however there was nothing he could provide me in writing.

On September 17, 2011 I called Bank of America at 1-888-325-5357 and spoke with a representative who advised that Troy Williams was unavailable; however they would place a note in my account and have Williams call me.

On September 28, 2011 I called Bank of America at 1-888-5357 and entered my account number, after doing this the phone automatically forwards you to Troy Williams answering service.  At 3:26 p.m. I left message for Williams to call me regarding my loan document.

On December 5, 2011 I attempted to make my house payment via online service. I discovered that my online payment access had been terminated. I called Bank of America again and entered my account number. I discovered upon entering my account number I was always automatically forwarded to Troy Williams answering service who has continuously failed to return my calls. I continued to call in an effort to make my house note and used zeros as opposed to my account number in an attempt to talk to a representative.  After numerous attempts I finally reached a representative who accepted my house payment of $960.00, verification # 2011120516192436P.

On December 17, 2011 I called Bank of America at 1-888-325-5357 and left a message with Williams who again failed to return my call.

On January 3, 2012 at 10:55 a.m. I called Bank of America at 1-888-235-5357 and was automatically forwarded to Williams again.  Once again I left a message to Williams that I was trying to make my house note and determine what I needed to do in order to consummate the loan agreement. Once again I called back and had to go through all the automotive system before reaching an account representative. After reaching a Bank of America representative I submitted January payment for $960.00, verification # 10120103085601533P.

On February 1, 2012 I called Bank of America at 1-888-325-5357 and spoke with Felisha.  I requested tax statements in order to submit them to my CPA.  Felisha stated that Bank of America does not have any records of my payments.

Felisha advised me to contact Troy Williams who is my account representative. I advised that I have made numerous attempts to contract Williams as well as left numerous messages, however he never returns my calls.  I asked if I could speak to his supervisor in an attempt to consummate the loan transaction.  Felisha advised that

5

Williams' supervisor was Zeefhals Zahid and could be contacted at 1-817-864-5122. Felisha stated she would e-mail both Williams and Zahid. I asked Felisha would she cc me the e-mail at which point she stated she could not provide me with e-mails, however she would make a note in my file.

Between February 1, 2012 and February 22, 2012 I made numerous calls to Bank of America in attempt to speak with Zahid, Williams or any Representative that would help me, however no one would accept my payments nor speak to me.

On February 22, 2012 I received the following check from Bank of America and the document explaining why Bank of America has returned my funds. Attached as Exhibit "F"

Upon receiving this check and letter I discovered that Bank of America was returning these funds because according to them they have not received additional funds to equal to the full amount due. However Bank of America never indicates what the full amount is.

On February 28, 2012 I once again have been forced to retain attorney Patrick Huzinec. He advised me not to cash this check because Bank of America has accepted my payments for the past 7 months. Huzinec stated he was going to submit a letter to Bank of America in attempt to ascertain the intentions of the Bank.

On March 12, 2012, I called Bank of America at 1-888-325-5357 and spoke with approximately 10 different account representatives in an attempt to make my house payments. These attempts are documented via personal recordings and are listed as follows:

1st recording: 2 minutes 15 seconds

2nd recording: 5 minutes 47 seconds

On the first recording I spoke with an unknown female representative who stated the only department who could accept my payment would be their collection department. I asked to be transferred to this department.

After being disconnected twice I was able to reach a representative who identified himself as Ivan. This conversation is captured via second recording. Ivan reviewed my file and stated that my account manager was Troy Williams. I advised Ivan that I was not trying to be rude; however I have called Williams numerous times, left numerous messages and received no positive results. Ivan stated that he would send Williams and e-mail.

I told Ivan I was just trying to keep my payments up until this contract was finalized. Ivan stated yes for me to keep making my payments and do whatever I had to do to keep them paid up.

Ivan accepted my payment of $960.00 via phone $960.00 via check # 1967 confirmation # 20120312073003007P.  Ivan waived the $20.00 fee for making the payment via phone.

On March 22, 2012 I received the following letter and check for $ 324.84 from Bank of America:  Attached as Exhibit "G" (2 pages).

I have no idea what this check is for nor do I understand what the letter is referring to.

On April 10, 2012 I contacted Bank of America at 1-888-325-5357 in an attempt to pay my house note.  These conversations are documented via personal recordings:

1st recording:  17 minute conversation
2nd recording:  6 minutes 32 seconds
3rd recording:  1 minute 43 seconds

During the first recorded conversations an unknown male representative stated he would review my account and placed me on hold.

I was disconnected and called back a second time; this recorded conversation is recording #2 with Adam.

After several minutes on hold a Supervisor for Bank of America identified himself as Adam and asked how could he help me.

I advised Adam that I have an account Representative known as Troy Williams however he will never return my calls.   I advised Adam that all I wanted to do was to make my house payment.

Adam stated the problem why no one will accept my payments is because of the warning code attached to my account.  I asked Adam why is there a warning code on my account.  Adam stated there is a warning code of foreclosure on my account and he assumes this is why I am trying to stay away from the foreclosure with these modifications payments.

Adam asked if normally when I make these payments do I make them with my account specialist.  I advised Adam that I would never get in touch with my account specialist Troy Williams and he will not return my calls.

Adams advised that I have to send the payments via certified funds due to the warning code on my account.  I advised Adam that I have never been instructed to send the funds certified nor was I advised of a warning code on my account.

7

I asked Adam if he was refusing to accept my payment. Adam stated he was not refusing to accept my payment but he just can't accept it. Adam advised me to go to Western Union and send the payments via certified funds and they could accept the payment that way.

Adam advised me that due to Bank policy he could not receive my payment via phone due to the warning code. Adam advised it could be made via certified funds. I advised Adam that I have never been instructed by Bank of America to do this. Adam stated I should have received a letter giving me proper instructions. I told Adam that I have never received any such instructions. Adam and I concluded this conversation by Adam advising me to go to a Western Union Branch and make my payments because this would be easier. Attached Western Union Receipt April 10, 2012 Exhibit "H"

On the third recording I called Troy Williams and only received a voice mail. I advised Williams that I was trying to make my house payment and had been advised via Adam that I was to submit my house payments via Western Union. I advised Williams that no one from Bank of America had previously instructed me to do this.

On this same date, April 10, 2012 at approximately 8:30 p.m., Williams called my cell phone. Williams stated he was returning my call regarding my Western Union payment. I told Williams that I had already submitted my payment see Exhibit "H". On May 1, 2012 after Bank of American received and accepted the $ 960.00 the amount was returned see Exhibit "I".

I asked Williams why the Bank was returning funds to me. Williams stated the funds were returned due to over payments. Williams then stated he was waiting on me to send him the contract. I advised Williams that the contract was null and void per order of Bank of America because it had not been mailed to me before the expiration date. I advised Williams that I have been advising them of this since October 2011.

Williams then laughed and we became confrontational because he would not give me a reasonable answer on what I should do regarding this home loan. Due to Williams being very unprofessional and non-informative I terminated this conversation and sought legal advice.

On April 20, 2012 I received a NOTICE SUBSTITUTE TRUSTEE'S SALE from RECON TRUST Bank of America indicating that they are going to foreclose on my home on June 05, 2012 See Exhibit "J".

Bank of America mailed a letter instructing me that my new contact person was Nicole Tyson See Exhibit "K". Nowhere in that letter does she refer to the Foreclosure.

On April 30, 2012 I made my May house note for $960.00 with my bill pay account with my bank Home Town Bank.

On May 7, 2012 Bank of America sent my May house note BACK:

8

On May 8, 2012 at 12:31pm Nicole Tyson called to inform me that she would be over my account while I'm in the modification. I told Nicole that we already have the modification & made ALL of our payments and the date was wrong on Bank of America.... I asked about Troy Williams she didn't know... Nicole seemed NOT to know anything about the loan but she did say there was NO paper work to be resent with the DATE for the modification.... Nicole did say that the home was in foreclosure because of behind payment and she would look into the account and get back with me if she hears anything. Recording time: 5:36, FURTHER THE AFFIANT SAY NOT".

KATHERINE BELKNAP

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 24, 2012 by

KATHERINE BELKNAP

JANA LE TERRELL
Notary Public
STATE OF TEXAS
My Comm. Exp. Oct. 13, 2012

Notary Public, State of Texas

9



EXHIBIT
A





Read below to see if you are eligible
for a mortgage modification — and a
more affordable mortgage payment.

If so, send us your information
to apply today.

JOSH BELKNAP
KATHERINE BOLAND
16021 Commie Rd
Alvin, TX 77511

Loan Number: 228133462                                                    April 16, 2010

Dear JOSH BELKNAP and KATHERINE BOLAND:

You may be seeing and hearing a lot about mortgage modifications as a way to make your mortgage payments more affordable and help you avoid foreclosure. Modifications have provided relief to many homeowners and, as your mortgage servicer, we want to make you aware of this option so you can determine if a modification could be right for you.

You may be eligible for the Home Affordable Modification Program, an initiative sponsored by the federal government to help homeowners who are finding it difficult to make their mortgage payment. Under this program, we will review your current financial situation to determine if we can help you modify your mortgage to give you a new, more affordable mortgage payment.

There are no fees associated with this program. Furthermore, you should never pay a fee for a mortgage modification and you should beware of any person or organization that asks you to pay a fee for assistance in modifying your loan. BAC Home Loans Servicing, LP is your mortgage servicer, and help is free from us.

To be eligible for the Home Affordable Modification Program, homeowners need to meet certain criteria. See the questions below:

1.  Is your home your primary residence? Do you currently live in the home?
2.  Is the amount you owe on your first mortgage equal to or less than $729,750 for a single-family home, $934,200 for a 2 unit property, $1,129,250 for a 3 unit property or $1,403,400 for a 4 unit property?
3.  Are you having trouble paying your mortgage? (For example, have you had a significant increase in your mortgage payment OR reduction in your income OR other hardship that has impacted your income?)
4.  Did you obtain your current mortgage before January 1, 2009?
5.  Is your payment on your first mortgage (including principal, interest, taxes, insurance and homeowner's association dues, if applicable) more than 31% of your current gross income? To calculate this, divide your first mortgage payment by your gross income (your income before taxes).

If you answered "yes" to all of these questions, we encourage you to take the next step and apply for the Home Affordable Modification Program today. To do that, please send us the financial documents listed on the enclosed checklist by May 16, 2010. We have included a pre-paid envelope for your convenience.

We want you to know that sending us your financial information helps us determine if you are eligible for the Home Affordable Modification Program. It in no way binds or obligates you to participate in the program.

For general information about this program, read the enclosed Frequently Asked Questions and visit bankofamerica.com/mha and makinghomeaffordable.gov. To talk with one of our associates, please call 1.877.200.5830 between 8 a.m. and 8 p.m. Central Time, Monday through Friday, or between 8 a.m. and 3 p.m. on Saturday.

We want to help you, so please consider this opportunity.

Home Retention Division
BAC Home Loans Servicing, LP



p.s. For your convenience, and to ensure you receive all required program documents in a timely manner, this package may be sent via multiple delivery methods and to all addresses on file with us. If you receive multiple packages that are identical, you only need to return one complete package with all required documents to us.

Enclosures: (1) Frequently Asked Questions, (2) Checklist, (3) Request for Modification and Affidavit, (4) IRS Form 4506-T, (5) Pre-paid return envelope

LVG_200





Read below to see if you are eligible
for a mortgage modification – and a
more affordable mortgage payment.

If so, send us your information
to apply today.

JOSH BELKNAP
KATHERINE BOLAND
18921 Connals Rd
Alvin, TX 77511

Loan Number: 72813362                                              April 16, 2010

Dear JOSH BELKNAP and KATHERINE BOLAND:

You may be seeing and hearing a lot about mortgage modifications as a way to make your mortgage payments more affordable and help you avoid foreclosure. Modifications have provided relief to many homeowners and, as your mortgage servicer, we want to make you aware of this option so you can determine if a modification could be right for you.

You may be eligible for the Home Affordable Modification Program, an initiative sponsored by the federal government to help homeowners who are finding it difficult to make their mortgage payment. Under this program, we will review your current financial situation to determine if we can help you modify your mortgage to give you a new, more affordable mortgage payment.

There are no fees associated with this program. Furthermore, you should never pay a fee for a mortgage modification and you should beware of any person or organization that asks you to pay a fee for assistance in modifying your loan. BAC Home Loans Servicing, LP is your mortgage servicer, and help is free from us.

To be eligible for the Home Affordable Modification Program, homeowners need to meet certain criteria. See the questions below:

1.  Is your home your primary residence? Do you currently live in the home?
2.  Is the amount you owe on your first mortgage equal to or less than $729,750 for a single-family home, $934,200 for a 2 unit property, $1,129,250 for a 3 unit property or $1,403,400 for a 4 unit property?
3.  Are you having trouble paying your mortgage? (For example, have you had a significant increase in your mortgage payment OR reduction in your income OR other hardship that has impacted your income?)
4.  Did you obtain your current mortgage before January 1, 2009?
5.  Is your payment on your first mortgage (including principal, interest, taxes, insurance and homeowner's association dues, if applicable) more than 31% of your current gross income? To calculate this, divide your first mortgage payment by your gross income (your income before taxes).

If you answered "yes" to all of these questions, we encourage you to take the next step and apply for the Home Affordable Modification Program today. To do that, please send us the financial documents listed on the enclosed checklist by May 16, 2010. We have included a pre-paid envelope for your convenience.

We want to know that sending us your financial information helps us determine if you are eligible for the Home Affordable Modification Program. It in no way binds or obligates you to participate in the program.

For general information about this program, read the enclosed Frequently Asked Questions and visit bankofamerica.com/mha and makinghomeaffordable.gov. To talk with one of our associates, please call 1.877.260.5930 between 8 a.m. and 6 p.m. Central Time, Monday through Friday, or between 8 a.m. and 3 p.m. on Saturday.

We want to help you, so please consider this opportunity.

Home Retention Division
BAC Home Loans Servicing, LP                          Bank of America ⟍⟋ Home Loans

p.s. For your convenience, and to ensure you receive all required program documents in a timely manner, this package may be sent via multiple delivery methods and to all addresses on file with us. If you receive multiple packages that are identical, you only need to return one complete package with all required documents to us.

Enclosures: (1) Frequently Asked Questions, (2) Checklist, (3) Request for Modification and Affidavit, (4) IRS Form 4506-T, (5) Pre-paid return envelope

LMG_RO



**EXHIBIT**
**B**





We need important information
before we can determine if you are
eligible for a loan modification.

We must receive it
by July 9, 2010

JOSH BELKNAP
KATHERINE BOLAND
18921 Cammie Rd
Alvin, TX 77511

Loan Number: 228333362                          Notice Date: June 9, 2010

Dear JOSH BELKNAP and KATHERINE BOLAND:

Thank you for your interest in the federal government's Home Affordable Modification Program. The
program requires we receive certain financial information from you in order to verify your eligibility to begin
the process toward a permanent home loan modification and a more affordable monthly mortgage
payment.

As of now, we are still missing some of the required documents or some of the documents were
sent to us with missing or incorrect information. We can't complete our eligibility review until we
receive the following additional and/or correct and complete information from each borrower by July 9,
2010.

• Letter or bill from Homeowners/Condominium Association reflecting monthly dues

Please note: Keep a copy of all documents for your records. Do not send original income
documentation.

Please complete and fax the remaining documentation to us at 1.866.256.7329 or send to us using the
enclosed FedEx envelope. We must receive this information no later than July 9, 2010. Once we
receive your remaining documentation, we will notify you of the next steps in the Home Affordable
Modification Program process.

If you have any questions about our request for documents or want to confirm that we have received your
missing information, please call us at 1.877.201.3524.

We want to work with you and urge you to send us your documentation as soon as possible.



Bank of America  Home Loans

Home Retention Division
BAC Home Loans Servicing, LP

P.S. It is critical that you send us the information we need to determine if you are eligible for the
Home Affordable Modification Program and a more affordable loan payment. Please return your
documents no later than July 9, 2010.





We need important information
before we can determine if you are
eligible for a loan modification.

We must receive it
by July 8, 2010

JOSH BELKNAP
KATHERINE BOLAND
18921 Canutlo Rd
Alvin, TX 77511

Loan Number: 22813362

Notice Date: June 8, 2010

Dear JOSH BELKNAP and KATHERINE BOLAND:

Thank you for your interest in the federal government's Home Affordable Modification Program. The program requires we receive certain financial information from you in order to verify your eligibility to begin the process toward a permanent home loan modification and a more affordable monthly mortgage payment.

As of now, we are still missing some of the required documents or some of the documents were sent to us with missing or incorrect information. We can't complete our eligibility review until we receive the following additional and/or correct and complete information from each borrower by July 8, 2010.

• Letter or bill from Homeowners/Condominium Association reflecting monthly dues

Please note: Keep a copy of all documents for your records. Do not send original income documentation.

Please complete and fax the remaining documentation to us at 1.866.258.7329 or send to us using the enclosed FedEx envelope. We must receive this information no later than July 9, 2010. Once we receive your remaining documentation, we will notify you of the next steps in the Home Affordable Modification Program process.

If you have any questions about our request for documents or want to confirm that we have received your missing information, please call us at 1.877.201.3524.

We want to work with you and urge you to send us your documentation as soon as possible.



Home Retention Division
BAC Home Loans Servicing, LP

P.S. It is critical that you send us the information we need to determine if you are eligible for the Home Affordable Modification Program and a more affordable loan payment. Please return your documents no later than July 9, 2010.



**EXHIBIT C**



Bank of America

5/14/2011

Trial Period Plan Effective Date: 7/1/2011
JOSH BELKNAP
KATHERINE ROLAND
18521 CAMARE RD
ALVIN, TX 77511

Loan #: 212853352

Dear JOSH BELKNAP and KATHERINE ROLAND

Congratulations. We have determined that you are eligible for a trial modification. Enclosed is your Trial Period Plan. If you successfully complete the trial modification, your permanent modification may be similar in terms/payments/pending final review at the time of the permanent modification. Also enclosed is a Frequently Asked Questions document which is provided to help you understand this program.

After you successfully complete your Trial Period Plan by making three trial payments, we will contact you to discuss the terms of your permanent modification. A Permanent Loan Modification Agreement will be sent to you that you will need to sign and return before your loan will be permanently modified.

To participate in the Trial Period Plan, make your first month's trial period mortgage payment in the amount of $847.08 as soon as possible, but in no event later than 30 calendar days after 7/1/2011. These payments should be sent instead of, not in addition to your normal monthly mortgage payment. Please send your payments where you would normally send your mortgage payment. For faster processing, you can provide payment over the phone at no additional cost by calling 1-866-325-5357.

Please read the enclosed documents carefully, and follow the instructions for making payments, and keep a copy of all documents for your records. If you have any questions or concerns, please call us at 1-866-325-5357.

Sincerely,

*KENDORA FAITH*

KENDORA, FAITH
Home Retention Division
BAC Home Loans Servicing, LP

**IMPORTANT NOTICE TO HELP YOU AVOID FORECLOSURE SCAMS**

Beware of Foreclosure Rescue Scams. Help is free from your mortgage servicer!
• This program is only available to you through your mortgage servicer – Bank of America.
• There is never a fee to get assistance or information about a modification program from Bank of America or your mortgage servicer or a HUD-approved housing counselor.
For a HUD-approved counselor, visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
• Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
• Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage servicer to forgive your debt.
• Never make your mortgage payments to anyone other than your mortgage servicer without their approval.



**Bank of America**

2343911

Trial Period Plan Effective Date:  7/1/2011

JOSH BELKNAP
KATHERINE BOLAND
18391 CAMLINE RD
ALVIN, TX 77511

Loan #:  22813362

Dear JOSH BELKNAP and KATHERINE BOLAND

Congratulations. We have determined that you are eligible for a trial modification.  Enclosed is your Trial Period Plan.  If you successfully complete the trial modification, your permanent modification may be similar in terms/payments, pending final review at the time of the permanent modification.  Also enclosed is a Frequently Asked Questions document which is provided to help you understand the program.

After you successfully complete your Trial Period Plan by making three trial payments, we will contact you to discuss the terms of your permanent modification. A Permanent Loan Modification Agreement will be sent to you that you will need to sign and return before your loan will be permanently modified.

To participate in this Trial Period Plan, make your first month's trial period mortgage payment in the amount of $947.08 as soon as possible, but in no event later than 30 calendar days after 7/1/2011.   These payments should be sent instead of, not in addition to your normal monthly mortgage payment. Please send your payments where you would normally send your mortgage payment. For faster processing, you can provide payment over the phone at no additional cost by calling 1-800-225-5357.

Please read the enclosed documents carefully, and follow the instructions for making payments, and keep a copy of all documents for your records.  If you have any questions or concerns, please call us at 1-888-325-5357.

Sincerely,

*MEADOSH, FAITH*
MEADOSH, FAITH
Home Retention Division
BAC Home Loans Servicing, LP

**IMPORTANT NOTICE TO HELP YOU AVOID FORECLOSURE SCAMS**

Beware of Foreclosure Rescue Scams. Help is free from your mortgage servicer!
• This program is only available to you through your mortgage servicer – Bank of America.
• There is never a fee to get assistance or information about the modification program from Bank of America or your mortgage servicer or a HUD-approved housing counselor.
For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm/
• Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
• Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage services to forgive your debt.
• Never make your mortgage payments to anyone other than your mortgage servicer without their approval.



**EXHIBIT**

**C-1**

**ROBERT D. CLEMENTS, JR.**
ATTORNEY AT LAW
1600 E. HIGHWAY 6, SUITE 318
ALVIN, TX  77511
281-331-1325

Invoice submitted to:
Josh & Katherine Belknap
18921 Cammie Road
Alvin, TEXAS 77511

May 31, 2011

Invoice #21472

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 5/19/2011 Letter to mortgage company multiple calls to get correct fax number | 1.00 225.00/hr | 225.00 |
| 5/18/2011 Conference with client and letter to Trustee | 1.00 185.00/hr | 185.00 |
| 5/24/2011 Telephone Conference trustee co. they gave me alternate fax number even though I had confirmation | 0.33 225.00/hr | 75.00 |
| Telephone Legal Dept., they could not find any one on hand need to call back | 0.33 225.00/hr | 75.00 |
| 5/25/2011 Telephone Conference trustee automated did not get valuable info | 0.17 225.00/hr | 37.50 |
| 5/24/2011 Telephone Calls multiple time placed on hold fast call for 15 minutes just to be told they cant find someone to help so call the bank | 0.33 225.00/hr | 75.00 |
| 5/25/2011 Telephone message to client, client returned call will send the info I need | 0.17 225.00/hr | 37.50 |
| Research on web site found where the June foreclosure is off July 5, 2011 in Galveston is now set | 0.50 225.00/hr | 112.50 |
| **For professional services rendered** | **3.83** | **$822.50** |

Additional Charges :

| | | |
|---|---|---|
| 5/19/2011 New client charge for setting up file | | 75.00 |
| 5/18/2011 Facsimile | | 3.75 |

(281) 331-1325



**ROBERT D. CLEMENTS, JR.**
ATTORNEY AT LAW
1600 E. HIGHWAY 6, SUITE 318
ALVIN, TX 77511
281-331-1325

Invoice submitted to:
Josh & Katherine Belknap
1892 Camnia Road
Alvin, TEXAS 77511

May 31, 2011

Invoice #21472

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/18/2011 | Letter to mortgage company multiple calls to get correct fax number | 1.00 225.00/hr | 225.00 |
| 5/18/2011 | Conference with client and letter to Trustee | 1.00 185.00/hr | 185.00 |
| 5/24/2011 | Telephone Conference trustee co. they gave me alternate fax number even though I had confirmation | 0.33 225.00/hr | 75.00 |
| | Telephone Legal Dept., they could not find any one on hand need to call back | 0.33 225.00/hr | 75.00 |
| 5/25/2011 | Telephone Conference trustee automated did not get valuable info | 0.17 225.00/hr | 37.50 |
| 5/24/2011 | Telephone Calls multiple time placed on hold last call for 15 minutes just to be told they cant find someone to help so call the bank | 0.33 225.00/hr | 75.00 |
| 5/25/2011 | Telephone message to client, client returned call will send the info I need | 0.17 225.00/hr | 37.50 |
| | Research on web site found where the June foreclosure is off July 5, 2011 in Galveston is now set | 0.50 225.00/hr | 112.50 |
| | For professional services rendered | 3.83 | $822.50 |

Additional Charges :

| | | |
|---|---|---|
| 5/18/2011 | New client charge for setting up file | 75.00 |
| 5/18/2011 | Facsimile | 3.75 |

(281) 331-1325

EXHIBIT
D



Bank of America

MSC2011

Trial Period Plan Effective Date:   7/1/2011

JOSH BELKNAP
KATHERINE BOLAND
15321 CAMLINE RD
ALVIN, TX 77511

Loan #:  22613262

Dear JOSH BELKNAP and KATHERINE BOLAND

Congratulations. We have determined that you are eligible for a trial modification. Enclosed is your Trial Period Plan. If you successfully complete the trial modification, your permanent modification may be similar in terms/payments, pending final review at the time of the permanent modification. Also enclosed is a Frequently Asked Questions document which is provided to help you understand the program.

After you successfully complete your Trial Period Plan by making three trial payments, we will contact you to discuss the terms of your permanent modification. A Permanent Loan Modification Agreement will be sent to you that you will need to sign and return before your loan will be permanently modified.

To participate in the Trial Period Plan, make your first month's trial period mortgage payment in the amount of $947.08 as soon as possible, but in no event later than 30 calendar days after 7/1/2011.   These payments should be sent instead of, not in addition to your normal monthly mortgage payment. Please send your payments where you would normally send your mortgage payment. For faster processing, you can provide payment over the phone at no additional cost by calling 1-888-325-5357.

Please read the enclosed documents carefully, and follow the instructions for making payments, and keep a copy of all documents for your records. If you have any questions or concerns, please call us at 1-888-325-5357.

Sincerely,

MCAGORY, FAITH
MCAGORY, FAITH
Home Retention Division
BAC Home Loans Servicing, LP

**IMPORTANT NOTICE TO HELP YOU AVOID FORECLOSURE SCAMS**

Beware of Foreclosure Rescue Scams. Help is free from your mortgage servicer!
• This program is only available to you through your mortgage servicer – Bank of America.
• There is never a fee to get assistance or information about a modification program from Bank of America as your mortgage servicer or a HUD-approved housing counselor.
For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
• Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
• Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage servicer to forgive your debt.
• Never make your mortgage payments to anyone other than your mortgage servicer without their approval.



**Bank of America**

1/16/2011

Trial Period Plan Effective Date:   7/1/2011
JOSH BELKNAP
KATHERINE BOLAND
16221 CHANGE RD
ALVIN, TX 77511

Loan #:  22513262

Dear JOSH BELKNAP and KATHERINE BOLAND

Congratulations. We have determined that you are eligible for a trial modification.  Enclosed is your Trial Period Plan.  If you successfully complete the trial modification, your permanent modification may be denied or in terms/payments, pending final review at the time of the permanent modification. Also enclosed is a Frequently Asked Questions document which is provided to help you understand the program.

After you successfully complete your Trial Period Plan by making three trial payments, we will contact you to discuss the terms of your permanent modification. A Permanent Loan Modification Agreement will be sent to you that you will need to sign and return before your loan will be permanently modified.

To participate in the Trial Period Plan, make your first month's trial period mortgage payment in the amount of $347.09 as soon as possible, but in no event later than 30 calendar days after 7/1/2011.    These payments should be sent instead of, not in addition to your normal monthly mortgage payment. Please send your payments where you would normally send your mortgage payment. For faster processing, you can provide payment over the phone at no additional cost by calling 1-866-325-5357.

Please read the enclosed documents carefully, and follow the instructions for making payments, and keep a copy of all documents for your records. If you have any questions or concerns, please call us at 1-866-325-5357.

Sincerely,

*Gregory Faith* 

GREGORY, FAITH
Home Retention Division
BAC Home Loans Servicing, LP

**IMPORTANT NOTICE TO HELP YOU AVOID FORECLOSURE SCAMS**

Beware of Foreclosure Rescue Scams. Help is free from your mortgage servicer!
• This program is only available to you through your mortgage servicer – Bank of America.
• There is never a fee to get assistance or information about a modification program from Bank of America or your mortgage servicer or a HUD-approved housing counselor.
  For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/hcs
• Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
• Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage servicer to forgive your debt.
• Never make your mortgage payments to anyone other than your mortgage servicer without their approval.

**Loan Modification Trial Period Plan**

Trial Period Plan Effective Date: 7/1/2011

Borrower: KATHERINE BOLAND JOSH BELKNAP
Servicer: BAC Home Loans Servicing, LP
Date of mortgage 12/3/2004
Loan Number: 22813362
Property Address 16921 CAMMIE RD
ALVIN, TX 77511

To qualify for a modification of your account referenced above (your "Loan") with Bank of America (the "Bank"), you are Required to complete a three month trial period. If you complete the trial period successfully, we will offer you a modification of your Loan. Here's how the process works:

- We have set your trial period payment at $947.98 (the "Trial Payment Amount"). This is an estimate of what your initial monthly payment amount will be if you complete your trial period and enter into a permanent modification agreement (your "Modification Agreement"). Depending on the specific terms of your Modification Agreement, please be aware that your monthly payment amount will not necessarily be the same as your Trial Payment Amount and will not necessarily stay the same throughout the life of your loan, but could adjust to one or more payment amounts that maybe higher than your initial monthly payment amount. The specific terms will be included in your Modification Agreement.

- During the trial period, Please ensure that you pay the Trial Payment Amount on the first day of the month - instead of paying your mortgage payment (which may have a different payment due date) The dates for your payment under the Trial Period (your "Trial Payments") would be:

  7/1/2011 for the first payment
  8/1/2011 for the second payment, and
  9/1/2011 for the third payment.

- Your trial payments must each be received by us on or before the 30th calendar day after they are due. If you have not made each of the Trial Payments required under this Trial Period Plan on or before the 30th day after each each payment is due, the Original Loan Documents will not be modified and this Trial Period Plan will terminate. In this event, the Bank will have all of the rights and remedies provided by the Original Loan Documents, and any payment you make under this Trial Period Plan shall be applied to amounts you owe under the Original Loan Documents and shall not be refunded to you.

- You will receive a permanent modification of your account if you have a) paid each of the monthly trial period payments (the "Trial Payments") on time, and b) signed and returned the final Modification Agreement, which will be sent once you have completed your Trial Payments.

The first step in this process is to make the first Trial Payment of $947.98 by 7/1/2011. Simply mail your trial payments where you would normally send your mortgage payment or please call us at 1-866-325-5357. If you choose to pay by phone, we can deduct your payment directly from your checking account and get your trial modification started right away and there is no fee for this phone payment.

After your third consecutive on-time Trial Payment, the Bank will contact you and will forward your Modification Agreement to you. Please continue making your monthly trial payments until you receive your Modification Agreement. Once you receive your Modification Agreement, you must sign and return it within 30 days or the modification offer will terminate. So please return it as soon as possible.

The terms of your Trial Plan are set forth below and are effective on the due date of the first Trial Payment under this Trial Plan, provided that you have paid your first trial payment on or before the 30th day after the first trial payment is due.

Additional Terms and Conditions:

You and we agree that:

- We will suspend any scheduled foreclosure sale or pending foreclosure proceedings on your Mortgage during the Trial Period, provided you continue to meet the obligations under this Trial Period

Bank of America N.A.
Attn Home Retention Division
180 Beecham Drive Suite 104
Pittsburgh, PA 15205

October 1, 2011

KATHERINE BOLAND
JOSH BELKNAP
16921 Cammie Rd
Alvin        TX  77511 - 7412

RE: BA2 Loan 32813363
Property        18921 CAMMIE RD
Address:        ALVIN, TX 77511

## RATE CHANGE NOTICE

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

Your loan has been converted from an Adjustable Rate Mortgage (ARM) into fixed rate mortgage.

**HOW WE CALCULATE YOUR NEW MONTHLY PAYMENT**

Step 1: Your new interest rate:

|  | Current | New |
|---|---|---|
| Interest Rate | 7.690% | 7.690% |

Step 2: Determine new Payments amount:

Your new monthly interest rate and payment are fixed as shown below.

| | |
|---|---|
| New Interest Rate | 7.690% |
| Anticipated Principal Balance [1] | $88,973.76 |
| Remaining Term | 279 |
| New Principal and Interest payment | $670.11 |
| New Payment Effective | 11/1/2011 |

If you have an escrow account, this notice does not address any changes to your escrow payment. Please refer to your monthly statement for information regarding your current escrow payment.

Please be advised, this letter is null and void if the properly signed and executed Modification Documents are not returned by October 11, 2011.

[1] Anticipated principal balance is the unpaid Principal that you are expected to owe at the Payment Change Date, and is calculated based on the assumption that Principal and Interest payments will be remitted on payments due prior to the new payment effective date.

**THANK YOU FOR YOUR BUSINESS**

You are a valued customer at Bank of America, N.A.  and it is our continued goal to provide you with the highest level of customer satisfaction.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing.

JOSH BELKNAP _____     Dated: _____

KATHERINE BOLAND _____     Dated _____

Not Official



- During the Trial Period, we may accept and post your Trial Payments to your account and it will not affect foreclosure proceedings that have already started.
  - Our acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your Loan or foreclosure action and related activities, and shall not constitute a cure of your default under your Mortgage unless such payments are sufficient to completely cure your entire default under your Mortgage.
- Your current loan documents (your "Original Loan Documents") remain in effect; however, you may make the Trial Payment instead of the payment required under your Original Loan Documents.
  - You agree that all terms and provisions of your current Mortgage note and Mortgage security instrument, except to the extent modified by this Trial Period Plan, remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Original Loan Documents.
  - You agree that BAC Home Loans Servicing, LP will hold each of your trial period plan payments that you make in a non-interest bearing account. Once there are enough funds in that account to make your full mortgage payment, we will apply the funds to your loan account to make that payment. At the end of your trial period, there could be funds left in that account because there is not enough to make a full mortgage payment. If so, we will apply those funds towards your unpaid principal balance at the time your loan is permanently modified.
- Property Taxes and Insurance:
  - If the Bank does not maintain an impound account with respect to your Loan, it is your responsibility to pay all property taxes and premiums for insurance by their due dates, as required in your Loan Documents. If the Bank does maintain an impound account with respect to your Loan, you agree to forward to the Bank the amounts required to permit the impound account to contain a sufficient balance so that payments for property taxes and insurance may be made on time. The failure to pay property taxes or insurance before their due dates, if there is no impound account, or to forward to the Bank sufficient funds so that such payment may be made from your impound account, shall constitute an event of default under this Trial Period Plan and the Loan Documents, and this Trial Period Plan shall terminate immediately and automatically without further notice to you.
- Final terms of your Modification Agreement:
  - Once you have completed your Trial Payments, and after applying any remaining money held at the end of the Trial Period, we will determine the new payment amount and the remaining final terms of your Modification Agreement. This Modification Agreement will modify your Original Loan Documents to reflect your new payment amount and other terms.
- If you have not made the Trial Payments required under this Trial Period Plan in a timely manner, the Original Loan Documents will not be modified and this Trial Period Plan will terminate. In this event, the Bank will have all of the rights and remedies provided by the original Loan Documents, and any payment you make under this Trial Period plan shall be applied to amounts you owe under the Original Loan Documents and shall not be refunded to you.
- Credit reporting during the Trial Period:

  Your credit score may be affected by accepting a trial period plan or modification. For more information about your credit score, please go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

- If there is existing mortgage insurance on your loan, and if the modified principal balance of your Mortgage exceeds the original principal balance, your Mortgage insurance premiums may increase, causing your payment to go up. Furthermore, the date on which you may request cancellation of the Mortgage insurance may change. For loans on single family primary residences, federal law allows you to request that Mortgage insurance be canceled on either:

  - The date the principal balance on your loan is scheduled to reach 80% of the original value of the property; or
  - The date the principal balance is reduced to 80% of the original value of the property based on actual payments.

  State law or investor guidelines may also allow for the cancellation of Mortgage insurance at different times or if your loan is secured by a 2-4 unit property. For more information about Mortgage Insurance please call us at 1-800-669-6809.





### Loan Modification Agreement Frequently Asked Questions

**Q. If I qualify, how will my mortgage be modified?**

There are several different ways we may modify the terms of your loan to reach an affordable payment. The specific terms of your modification will be set forth in your modification agreement, but the modifications to your existing loan may include one or more of the following:

o Your loan may be brought current by capitalizing past due amounts. This means we may add past due interest, servicing expenses paid to third parties if taxes and insurance have been paid but will not be collected through escrow account and to the extent permitted and taxes and insurance which may have been paid on your behalf to your principal. Any unpaid late fees arising from your most recent delinquency will be waived at the time of modification.

o Your loan payments may be recalculated over a longer period even though the maturity date of your loan will not change. This will help lower your monthly payments, however, it will result in your loan having a lump sum payment (known as a balloon payment) which will continue to accrue interest until you pay off the modified loan (unless you choose to pay that amount sooner).

o You may be offered an interest rate that is equal to or lower than your current interest rate. If your new modified interest rate is below market rate, it may increase annually until it reaches the market rate on the day your modification becomes effective. Please be assured that each of these increases will be clearly defined by your loan modification agreement.

Your permanent modification agreement may not contain all of these terms, or may contain different terms. The key terms of your permanent modification agreement will be designed to provide you with affordable monthly mortgage payments.

**Q. Will a foreclosure occur if I participate in the Loan Modification Program?**

As long as you comply with the terms of the Trial Period Plan, we will not start foreclosure proceedings; if foreclosure proceedings have already started, we will place the foreclosure on hold. If you fail to comply with the terms of the Trial Period Plan and do not make other arrangements, the hold on the foreclosure will be removed and your Loan will be enforced according to its original terms, which could include foreclosure.

**Q. Where should I mail or send my trial period payments?**

You can Simply mail your trial payments where you would normally send your mortgage payment, or please call us at 1-888-325-5357. If you choose to pay by phone, we can deduct your payment directly from your checking account – and there is no fee for this phone payment.

**Q. What happens to my trial period payments if I do not comply with the terms of the Trial Period Plan?**

Your trial period payments will be applied to your existing Loan according to the terms of your Loan Documents. If you were in default at the beginning of the Trial Period, you will remain in default under your Loan. If you were not in default at the beginning of the Trial Period, you may become in default under the terms of your Loan if your Trial Period Payments are less than your contractual payments.

**Q. What if my trial period payment is less than the payment I currently owe on my Loan?**

Your monthly statement will continue to include your regular payment amount and any regularly accruing late charge amounts. You only need to make the Trial Period Payment during the three month trial period. The difference between the amount of the trial payment and your normal monthly payment will be included in the final Modification Agreement at the successful conclusion of your trial period, and any unpaid late fees related to the most recent delinquent fee for which are owed at the time of the modification will be waived.

**Q. Could my Trial Period Payment or final modified payment be more than my current payment?**

Yes. For example, if your escrow payment substantially increases or your Modification includes capitalization of past due interest, your Trial Period Payment or your final modified payment maybe higher than your current payment.

**Q. If I got a permanent Modification Agreement, can my modified Loan terms ever revert to the original Loan terms?**

No. Once your Loan is modified, the new terms stay in place for the remainder of your Loan.





EXHIBIT

**F**



NC4-105-01-20
P.O. Box 21848
Greensboro, NC 27420-1848

JOSH BELKNAP
KATHERINE BOLAND
18921 Cammie Rd
Alvin, TX 77511

Loan# 22813362
Partial payment check

Bank of America
NC4-105-01-20
P.O. Box 21848
Greensboro, NC 27420-1848

NO. 0001230447

Bank of America

DATE  02/23/2012     AMOUNT  $*****5,730.00****

PAY  FIVE THOUSAND SEVEN HUNDRED THIRTY DOLLARS AND 00 CENTS*******

VOID AFTER 180 DAYS

PAY TO:  JOSH BELKNAP
         KATHERINE BOLAND
         18921 Cammie Rd
         Alvin, TX 77511

#0001230447# #121000358# 12331#7893G#

BankofAmerica

Home Loans

Mail Stop AZ1-807-01-12
1515 W. 14th Street
Tempe, AZ 85281

Notice Date:   February 22, 2012

Account No.:   22813362

Josh Belknap & Katherine Boland
18921 Cammie Rd
Alvin, TX 77511

Property Address:
18921 Cammie Rd
Alvin, TX 77511

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

As of February 22, 2012, there is a total of S$730.00 in partial payments on your loan.  The partial payments on your account are not sufficient to satisfy the full delinquency due on your loan.

Since we have not received additional amounts to equal the full amount due, we are enclosing a return of these partial funds.

**WHAT YOU NEED TO DO**

Please contact us to see if you may qualify for a number of other options to assist you in bringing your loan payments up to date by calling us at 1-888-372-5514, Monday through Friday from 7 a.m.—7 p.m. Eastern.  Additionally, please visit www.bankofamerica.com for more information.

This communication is from Bank of America, N.A., the servicer of your home loan.

**EXHIBIT**

**G**



Bank of America
Home Loans

Mail Code: CA6-919-02-21
450 American Street
Simi Valley, CA 93065

Notice Date:   March 22, 2012

Loan No.:   22813362

Property Address:
18921 Cammie Rd
Alvin, TX 77511

Josh Belknap & Katherine Boland
18921 Cammie Rd
Alvin, TX 77511

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

Your monthly payment due 09/01/2010 for your loan is $635.16.  We received a total of $324.84 to be applied to your loan; however, this amount does not represent a full monthly payment.  We are unable to accept partial payments on your account.

Since we have not received the remaining amount of $310.32 needed to complete your total monthly payment, we are returning these funds to you in the enclosed check.

**WHAT YOU NEED TO DO**

If you have any questions or are having difficulty making your monthly payment, please call us at 1-888-872-6914, Monday-Friday 7a.m. - 7p.m. Local Time.  We can discuss your financial situation and determine what options may be available to assist you.  We appreciate the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.



NC4-105-01-20
P.O. Box 21848
Greensboro, NC 27420-1848

JOSH BELKNAP
KATHERINE BOLAND
18921 Camnie Rd
Alvin, TX 77511

Loan# 22813362
Partial payment check

Bank of America
NC4-105-01-20
P.O. Box 21848
Greensboro, NC 27420-1848

If unable to apply funds,
please return check to:
P.O. Box 5170
Wood and Hills, CA 91365-5012

11-36/1210
Bank of America

NO. 8001338630

DATE 03/21/2012    AMOUNT $*********326.84****

PAY THREE HUNDRED TWENTY-FOUR DOLLARS AND 84 CENTS****

PAY TO:    JOSH BELKNAP **********************
           KATHERINE BOLAND *****************
           18921 Camnie Rd ****************
           Alvin, TX 77511

VOID AFTER 180 DAYS

⑈0001338630⑈ ⑆121000358⑇ 12331⑈78936⑈



EXHIBIT
**H**



**WESTERN UNION**    Customer Receipt / Recibo del Cliente    www.westernunion.com

WOODFOREST #0505              Oper ID: 211  Prepaid Services/Payments
400 SOUTH BYPASS 35          04/10/2012
ALVIN TX 77511               536P EDT   MTCN: 344-885-7999

Sender/Remitente: KATHERINE BOLAND
Receiver/Destinatario: BAC HOME LOANS

Code City/Codigo de la ciudad: BAC TX
Account #/Numero de cuenta: 228133 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion: TROY WILLIAMS


Western Union Card Number / Numero de Tarjeta 550259702


                         Amount/Cantidad:    $   960.00
                         Charge(s)/Cargos:
                         Service/Servicio:        12.99
                         Total/Total:        $   972.99



YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM. TO activate your
Rewards Card, use the Card Number listed above again. Once you do, you'll
begin earning valuable rewards like phone time, fee reductions and cash back.


Agent Signature /                    Customer Signature /
Firma del Agente                     Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CUR-
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSA
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON
RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE MONEY.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THIS SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE RE
SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOL-
MONEDA EXTRANJERA. POR FAVOR VEA AL REVERSO PARA MAS INFORMACION SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO P
TRANSACCION FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARA EL PAGO Y EL TIPO DE CAM
INDICARAN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARA CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCION Y LOS SERVICIOS QUE USTED HA ESCOGIDO SE ESTABLECEN EN



| | |
|---|---|
| **Bank of America** 🇺🇸 <br> Home Loans <br> Mail Stop CA6-919-01-18 <br> 450 American Street <br> Simi Valley, CA 93065 | Notice Date: May 1, 2012 <br><br> Account No.: 22613382 <br><br> Trans ID: 1263 |
| **Name and Mailing Address:** <br> JOSH BELKNAP <br> 18921 Cammie Rd <br> Alvin      TX      77511 | **Property Address:** <br> 18921 Cammie Rd <br> Alvin      TX      77511 |
| | Date: 4/30/2012 <br> Amount: $ 960.00 |

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

Thank you for sending a payment. Although we appreciate your effort to settle your account, it is necessary to return these funds to you for the following reason:
1
X   The amount remitted does not represent the total due.

_   The funds that was submitted was not certified funds.

**WHAT THIS MEANS**

Please note that additional amounts may become past due until your account is brought fully current.

If you have any questions, please contact us at (800) 669-6654

0430000126300 1



**EXHIBIT J**

11-0025819
11-6-086547-03
18921 CAMMIE ROAD, ALVIN, TX 77511

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Deed of Trust Date:**
December 3, 2004

**Grantor(s)/Mortgagor (s):**
JOSH BELKNAP AND KATHERINE BOLAND, BOTH SINGLE PERSONS

**Original Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**Current Mortgagee:**
WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-HE1

**Recorded on:** December 6, 2004
**As Clerk's File No.:** 2004080324

**Property County:**
Galveston

**Re-Recorded:**

**Mortgage Servicer:**
Bank of America, N.A.

**Legal Description:** A 1.556 ACRE TRACT OF LAND AND BEING THE WEST 250 FEET OF THE EAST 450 FEET OF LOT 6, IN BLOCK 38, OF ALGOA SUBURBS ADDITION, IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE REVISED MAP THEREOF RECORDED IN VOLUME 238, PAGE 1 OF THE MAP RECORDS AND TRANSFERRED TO PLAT RECORD 1, MAP NO. 1, 80TH OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.

**Date of Sale:** June 05, 2012

**Earliest Time Sale Will Begin:** 10:00 AM

**Place of Sale of Property:** THE FIRST FLOOR LOBBY OF THE GALVESTON COUNTY CORTHOUSE, 722 MOODY, GALVESTON, TEXAS, OR AS DESIGNATED BY THE COUNTY COMMISSIONERS.

The Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified. The sale will begin at the earliest time stated above or within three (3) hours after that time.

## ACTIVE MILITARY SERVICE NOTICE

**Assert and protect your rights as a member of the armed forces of the United States. If you or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Bank of America, N.A. is acting as the Mortgage Servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-HE1, who is the Mortgagee of the Note and Deed of Trust associated with the above referenced loan. Bank of America, N.A., as the Mortgage Servicer, is representing the Mortgagee, whose address is 400 National Way SIMI VALLEY, CA  93065.

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property code § 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the debt.

TS #: 11-0025819
APN#: 108000380006003 & 108000380006004

Page 1 of 2

*TXNtcOfSubTSale.doc_2012.1.0_01/2012*

Dated: April 17, 2012



Jeff Leva, Steve Leva, Audrey Lewis or
RECONTRUST COMPANY, N.A., Substitute
Trustee
c/o  RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-984-0407,
Richardson, TX 75082

TS #: 11-0025819
APN#: 108000380006003 & 108000380006004

Page 2 of 2

TXNtcOfSubTSale.dox_2012.1.0_01/2012



TS NO: 11-0025819
KATHERINE A. BELKNAP
18921 CAMBIE ROAD
ALVIN, TX 77511

**EXHIBIT**

**K**

Bank of America

Home Loans

CA6-919-01-41
P. O. Box 941832
Simi Valley, CA 93094-1832

AT1          7-772-41547-0003535-001-1-000-000-000-000
JOSH BELKNAP & KATHERINE BOLAND
18921 CAMMIE RD
ALVIN          TX 77511

Notice Date:   April 26, 2012

Account No.:   22813362

Property Address:
18921 Cammie Rd
Alvin, TX 77511

Dear Josh Belknap & Katherine Boland,

My name is Nicole Tyson and I am your new customer relationship manager at Bank of America, N.A., your home loan servicer. I will continue the work you started with your previous customer relationship manager with the same goal of pursuing every available option to assist you with your home loan.

I will be in contact with you soon. If you would like to speak with me right away, please call me directly at 1-800-669-6650. Remember to have your loan number available when you call.

I look forward to working with you.

Sincerely,

Nicole Tyson
Customer Relationship Manager
Bank of America, N.A.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to provide you information concerning your Customer Relationship Manager.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt.

C3_731_CRMRASGN  13357  03/19/2011



**SOUTHERN CROSS**
**CONSTRUCTIONS**

### JOINT PAYMENT AGREEMENT

This Joint Payment Agreement entered into this _____ day of _____, 2012 between (Owner or Contractor hereinafter referred to as "Contractor"), Southern Cross Group USA, (Contractor or Subcontractor hereinafter referred to as "Subcontractor"), _____, and _____, (hereinafter referred to as "Supplier") in regards to the project known as:

| (Project/Job Name) | (Dollar Maximum) |
| --- | --- |
| Riverview Apartments | $ _____ |
| 1300 E. Riverside Dr., Austin, TX 78741 | |

The parties hereto agree as follows:

1. The Contractor will make any and all payments to the Subcontractor in connection with the Project described above ('Project') jointly payable to the Subcontractor and Supplier until all charges for materials provided, by Supplier, to the Subcontractor for the Project have been paid for in full.

2. During the course of the contract between Contractor and Subcontractor, Supplier will provide materials and/or equipment to be furnished or rented by Supplier to Subcontractor ("materials") in connection with the Project. The purpose of this joint payment agreement is to provide the payment of invoices to Supplier for all materials furnished to Subcontractor on the Project. This Agreement does not constitute an assignment of funds except to the extent of payments actually received by Supplier, the execution of this Agreement and the taking of such joint checks shall not affect or otherwise impair any bond, lien or other creditor rights and remedies which Supplier now has or may hereinafter have.

3. If Subcontractor is terminated for any reason, Contractor shall inform Supplier immediately in writing by certified mail. If Contractor does not pay Subcontractor in full for the original amount of the Contract (as increased by change orders) for any reason (including, but not limited to, the discharge of Subcontractor by Contractor, non-completion or delay of the Project or otherwise), Contractor agrees to assume the terms and conditions of Supplier's invoices for materials already provided on the Project and make direct payment to Supplier for all unpaid sums.

4. This Agreement shall expire after the insurance and payment of the final settlement by the Contractor to the Subcontractor for completion of work on the above Project, provided that the above terms have been complied with. No termination shall affect or diminish the obligations of Contractor for materials with respect to any orders placed by Subcontractor prior to the receipt of notice. Any legal fees incurred by Supplier in enforcement of this Agreement will be paid by Contractor and/or Subcontractor. Supplier's rights contained herein are a portion of the considerations for Supplier's agreement to supply material for the Project.

AGREED AND ACCEPTED BY:

"Contractor"          4100 Harry Hines Blvd, Ste. 200B          Southern Cross Group USA
                      Dallas, TX 75219

_____   _____   _____   _____
(Witness)          (Date)          (Representative Name/Title)          (Date)

"Subcontractor"

_____   _____   _____   _____
                  (Address)          (Company Name)

_____   _____   _____   _____
(Witness)          (Date)          (Representative Name/Title)          (Date)

"Supplier"

_____   _____   _____   _____
                  (Address)          (Company Name)

_____   _____   _____   _____
(Witness)          (Date)          (Representative Name/Title)          (Date)

RECEIVED
MAY 23 2012

2

**MAY 2 4 2012**

CAUSE NO. 12CV1284

| | |
|---|---|
| JOSH BELKNAP and<br>KATHERINE BOLAND BELKNAP<br><br>    Plaintiffs<br><br>VS.<br><br>BANK OF AMERICA HOME LOANS,<br>RECONTRUST COMPANY, N.A.,<br>a Subsidiary of Bank of America, and<br>WELLS FARGO BANK, N.A., as<br>Trustee for the Certificate Holders<br>Merrill Lynch Mortgage Investors Trust<br><br>    Defendants. | IN THE DISTRICT COURT OF<br><br><br><br><br>GALVESTON COUNTY, TEXAS<br><br><br><br><br><br><br><br>405⁴ᵗʰ JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

After considering Plaintiff, Josh Belknap and Katherine Boland Belknap's application for temporary restraining order, the pleadings, the affidavits, and arguments of counsel, the Court finds there is evidence that harm is imminent to Plaintiffs, and if the Court does not issue the temporary restraining order, Plaintiffs will be irreparably injured unless the foreclosure sale is restrained and enjoined. The foreclosure sale will deprive the Plaintiffs of the use and enjoyment of the property, which is now used to house the Plaintiffs. Additionally, the Plaintiffs will lose the right to sell or mortgage the property at some future date and will not obtain full benefit of the appreciated value.

An ex parte order, without notice to Defendants is necessary because there was not enough time to give notice to Defendants, hold a hearing, and issue a restraining order before the irreparable injury, loss, or damage would occur.

12-CV-1284
DCPRO
Proposed Order (unsigned)
403792

Therefore, by this order, the court does the following:

a.      Restrains Defendants, Bank of America Home Loans, Recontrust Company, N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust or anyone else at their direction from directly or indirectly selling or attempting to sell the trust property on June 5, 2012, under the power of sale contained in the deed of trust, and any such Tuesday thereafter Said property is described as follows:

1.556 acre tract of land and being the west 250 feet of the east 450 feet of lot 6, in block 38, of Algoa suburbs addition, in Galveston County, Texas, according to the revised map thereof recorded in Volume 238, Page 1 of the map records and transferred to plat record 1, Map No. 1, 80th of the map records of Galveston County, Texas. Also known as 18921 Cammie Road Alvin Texas 77511.

b.      Order the clerk to issue notice to Defendants that the hearing on Plaintiffs' application for temporary injunction is set for _____, 2012, at _____ a.m./p.m. The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

c.      Sets bond at $_____.

This order expires on _____, 2012.


_____
PRESIDING JUDGE

## OCA- CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 12CV1284          COURT *(FOR CLERK USE ONLY):* 405te

STYLED: Josh Belnap & Katherine Boland Belnap v.
Bank of America Recontrust Company NA Wells Fargo BANK NA

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment motion for modification or enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:  Patrick Huziner | Plaintiff(s)/Petitioner(s): | ☐Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |
| Email:  Pat.Huziner@drclements.com | | |
| Address:  1600 E Hwy 6 Suite 30 | Telephone:  281 391 1825 | Additional Parties in Child Support Case: |
| City/State/Zip:  Alvin TX 7751 | Fax:  281 331 8722 | Custodial Parent: |
| | | Non-Custodial Parent: |
| Signature: | State Bar No:  1036 3850 | Presumed Father: |
|  | Defendant(s)/Respondent(s): | |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

|  | Civil | | | Family Law |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☑Eminent Domain/ Condemnation ☒Partition ☐Quiet Title ☐Trespass to Try Title ☒Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☐Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: ___ ☐Other Injury or Damage: ___ | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: ___ | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: ___ | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☒Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Paternity/Parentage ☐Termination of Parental Rights ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: ___ | | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: ___ | 12 - CV - 1284 DCINSCIF Information Sheet - for Case Filing 403783 | |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

Eff. 2010

**STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED**

REQUEST FOR ISSUANCE OF SERVICE          DATE OF REQUEST MAY 24    5-24-12
PM 1: 59
SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)
DCRESERV
DY DANNER GLENN

Case Number 12CV1284 _____ in the 405th ____ Court of Galveston County, Texas

Type of service requested – please check each type when requesting multiple service documents

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _Ex parte Restraining order_

**ISSUE SERVICE TO:**

Name _Wells Fargo Bank N.A_

By serving, it's _Corporation Service Company_

Address _211 E. 7th Street Suite 620_

City, State, Zip _Austin Tx 78701-3218_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

X Call _281 331-1225_

for pick up @ phone number _____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address

Date fees paid _____    Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
*Service will not be issued*    12 – CV – 1284
DCRESERV
Request for Service
403785

42.00
24.00

**STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED**

A12 MAY 24  PM 1: 30

DORYN DANNER GLENN

**REQUEST FOR ISSUANCE OF SERVICE**    **DATE OF REQUEST** 5-24-12

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _12CV1284_ in the _405th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_X_ Citation (serves copy of Petition)

_X_ Precept (serves copy of a hearing/show cause order or other document)

_X_ Temporary Restraining Order/Temporary Injunction

Other – please specify _Ex parte Restraining Order_

**ISSUE SERVICE TO:**

Name _Recontrust Company N.A_

By serving, it's _agent Stinson Foundation_

Address _803 West Wall St_

City, State, Zip _Midland TX 79701_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

_X_ Call _281-331-1325_

for pick up @ phone number _____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address
_____

Date fees paid _____    Amount/Method of payment _____

Signature of attorney requesting issuance of service _____

*Service will not be is

12 - CV - 1284
DCRESERV
Request for Service
403787

_24.00_

**STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED**

DORYN DANNER GLENN

2012 MAY 24  PM 1: 50

**REQUEST FOR ISSUANCE OF SERVICE**        **DATE OF REQUEST** _5-24-12_

SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)

Case Number _12CV1284_ _____ in the _405te_____ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_X___ Citation (serves copy of Petition)

_X___ Precept (serves copy of a hearing/show cause order or other document)

_X___ Temporary Restraining Order/Temporary Injunction

Other – please specify _Examble Restraining Order_____

**ISSUE SERVICE TO:**

Name _Bank of America_____

By serving, it's _Agent Stinson Foundation_____

Address _303 West Wall St, Midland TX_____

City, State, Zip _TX  79 701_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

_X__ Call _281 - 731 - 1325_____

for pick up @ phone number _____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address

_____

Date fees paid _____    Amount/Method of payment _____

Signature of attorney requesting issuance of service _____

*Service will not be issued 1    12-CV-1284
                                 DCRESERV
                                 Request for Service
                                 403789

24.00

2.

MAY 2 4 2012

CAUSE NO. 12CV1284

JOSH BELKNAP and            §        IN THE DISTRICT COURT 20 OF PM 3:54
KATHERINE BOLAND BELKNAP    §
                            §
     Plaintiffs             §        DORYN DANNER GLENN
                            §
                            §
VS.                         §        GALVESTON COUNTY, TEXAS
                            §
BANK OF AMERICA HOME LOANS, §
RECONTRUST COMPANY, N.A.,   §
a Subsidiary of Bank of America, and §
WELLS FARGO BANK, N.A., as  §
Trustee for the Certificate Holders §
Merrill Lynch Mortgage Investors Trust §
                            §
     Defendants.            §        405th JUDICIAL DISTRICT

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

After considering Plaintiff, Josh Belknap and Katherine Boland Belknap's application for

temporary restraining order, the pleadings, the affidavits, and arguments of counsel, the Court

finds there is evidence that harm is imminent to Plaintiffs, and if the Court does not issue the

temporary restraining order, Plaintiffs will be irreparably injured unless the foreclosure sale is

restrained and enjoined. The foreclosure sale will deprive the Plaintiffs of the use and enjoyment

of the property, which is now used to house the Plaintiffs. Additionally, the Plaintiffs will lose

the right to sell or mortgage the property at some future date and will not obtain full benefit of

the appreciated value.

An ex parte order, without notice to Defendants is necessary because there was not

enough time to give notice to Defendants, hold a hearing, and issue a restraining order before the

irreparable injury, loss, or damage would occur.

12-CV-1284
DCTERO
Temporary Restraining Order
403961

Therefore, by this order, the court does the following:

     a.     Restrains Defendants, Bank of America Home Loans, Recontrust Company, N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust or anyone else at their direction from directly or indirectly selling or attempting to sell the trust property on June 5, 2012, under the power of sale contained in the deed of trust, and any such Tuesday thereafter Said property is described as follows:

1.556 acre tract of land and being the west 250 feet of the east 450 feet of lot 6, in block 38, of Algoa suburbs addition, in Galveston County, Texas, according to the revised map thereof recorded in Volume 238, Page 1 of the map records and transferred to plat record 1, Map No. 1, 80th of the map records of Galveston County, Texas. Also known as 18921 Cammie Road Alvin Texas 77511.

     b.     Order the clerk to issue notice to Defendants that the hearing on Plaintiffs' application for temporary injunction is set for _June 5,_____, 2012, at 3:00 a.m./p.m. The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

     c.     Sets bond at $ _956.00_____.

This order expires on _May 24,_____ 2012.

                              PRESIDING JUDGE - acting



Cash in Lieu of Bond

**THE STATE OF TEXAS**
**COUNTY OF GALVESTON**

2012 MAY 25  AM 8: 01
DORYN DANNER GLENN

**Chief Deputy**

## Doryn Danner Glenn
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

Galveston County Office
600 59th Street, Rm. 4001
Galveston, TX 77551
Phone (409) 766-2424
Fax (409) 766-2292

League City Office
174 Calder Rd.
League City, TX 77573
Phone (281) 316-8729
Fax (409) 766-2292

**BOND**

I, **Doryn Danner Glenn**, District Clerk of Galveston County, Texas, do hereby certify that Josh Belknap, et al, Plaintiff in cause number 12-CV-1284, styled:

Josh Belknap, et al vs. Bank of America Home Loans, et al

in lieu of bond, therein, has deposited with me cash lieu of bond in the amount of $956.00 as set by the Court in its Order OR cash in lieu of bond as required for superseding the judgment pending appeal

WITNESS MY HAND AND SEAL OF OFFICE, this on this the 25th day of May, 2012

**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By: _Rick Whelton_____, Deputy
    **Rick Whelton**

12 - CV - 1284
DC80CCIL
Bond - Certificate of Cash in Lieu of
404201

TEMPORARY RESTRAINING ORDER

*3*

### THE STATE OF TEXAS

CAUSE NO. **12-CV-1284 - 405th District Court**

**JOSH BELKNAP, ET AL –VS- BANK OF AMERICA HOME LOANS, ET AL**

**TO:**   **BANK OF AMERICA HOME LOANS,** Upon Whom Process of Service may be had by Serving it: **REGISTERED AGENT, STINSON FOUNDATION, 303 WEST WALL STREET, MIDLAND, TEXAS 79701.**

WHEREAS, Josh Belknap, filed Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure in 405th District Court in and for Galveston County, Texas, on the 24th day of May, 2012 in a suit numbered 12-CV-1284, on the Docket of this Court, wherein Josh Belknap and Katherine Boland Belknap are plaintiff(s) and Bank of America Home Loans, Recontrust Company, N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust are defendant(s), a true and correct copy of the Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure is attached to a true copy of this Writ and made a part thereof.

AND WHEREAS, THE HONORABLE, Acting Judge, Frank Carmona of said Court, has made upon said Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure fiat, a true and correct copy of said fiat is also attached to this Writ and made a part thereof.

NOW, THEREFORE YOU, **Bank of America Home Loans** are hereby temporarily enjoined and restrained from:

### SEE ATTACHED ORDER

WHEREAS THE SAID **Josh Belknap, et al** has executed and filed with the Clerk of this Court **Cash in Lieu of Bond** which has been approved in the sum of $ **956.00** payable and conditioned as required by law and order of the Judge.

YOU ARE FURTHER NOTIFIED TO BE AND APPEAR BEFORE **405th District Court** and for Galveston County, Texas, at the Courthouse in the City of Galveston, Texas, on , **Tuesday the 5th day of June, 2012** at **3:00pm,** to show cause, if any you have, why this injunction should not be granted, effective until final decree of this suit.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas, **on this the 25th day of May, 2012.**

Given under my hand and seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
Doryn Danner Glenn, District Clerk
Galveston County, Texas

By:_____, Deputy
   **Shailja Dixit**

===================================================================
### OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock ____. M and executed in _____ County, Texas by delivering to the within named **Bank of America Home Loans,** by serving in person or by registered or certified mail, return receipt requested, a true copy of this Writ, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Temporary Restraining Order, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

   Amount: _____          Name of Officer or Authorized & Disinterested Person

                                    _____ County, Texas

                        By          _____
                                    Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this Writ was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed   _____

Notary Public In and for the State of Texas   _____

Commission Expires   _____

12 – CV – 1284
DCCI186
**Citation Issuance – Work Product**
404421

TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS

CAUSE NO. **12-CV-1284 - 405th District Court**

**JOSH BELKNAP, ET AL –VS– BANK OF AMERICA HOME LOANS, ET AL**

**TO:** **Recontrust Company NA a subsidiary of Bank of America,** Upon Whom Process of Service may be had by Serving its, **Registered Agent, Stinson Foundation, 303 West Wall Street, Midland, Texas 79701.**

WHEREAS, Josh Belknap, filed Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions, and Request for Disclosure in 405th District Court in and for Galveston County, Texas, on the 24th day of May, 2012 in a suit numbered 12-CV-1284, on the Docket of this Court, wherein Josh Belknap and Katherine Boland Belknap are plaintiff(s) and Bank of America Home Loans, Recontrust Company, N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust are defendant(s), a true and correct copy of the Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure is attached to a true copy of this Writ and made a part thereof.

AND WHEREAS, THE HONORABLE, Acting Judge, Frank Carmona of said Court, has made upon said Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure fiat, a true and correct copy of said fiat is also attached to this Writ and made a part thereof.

NOW, THEREFORE YOU, **Recontrust Company, N.A. ,a subsidiary of Bank of America** are hereby temporarily enjoined and restrained from:

SEE ATTACHED ORDER

WHEREAS THE SAID **Josh Belknap**, et al has executed and filed with the Clerk of this Court **Cash in Lieu of Bond** which has been approved in the sum of **$ 956.00** payable and conditioned as required by law and order of the Judge.

YOU ARE FURTHER NOTIFIED TO BE AND APPEAR BEFORE **405th District Court** and for Galveston County, Texas, at the Courthouse in the City of Galveston, Texas, on, **Tuesday the 5th day of June, 2012** at **3:00pm,** to show cause, if any you have, why this injunction should not be granted, effective until final decree of this suit.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas, **on this the 25th day of May, 2012.**

Given under my hand and seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
Doryn Danner Glenn, District Clerk
Galveston County, Texas

By:_____, Deputy
   **Shailja Dixit**

=====================================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock ____. M. and executed in _____ County, Texas by delivering to the within named **Recontrust Company, N.A., a subsidiary of Bank of America,** by serving in person or by registered or certified mail, return receipt requested, a true copy of this Writ, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Temporary Restraining Order, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

Amount: _____

Name of Officer or Authorized & Disinterested Person

_____
County, Texas

By _____
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this Writ was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed _____

Notary Public In and for the State of Texas _____

Commission Expires _____

TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS

CAUSE NO. **12-CV-1284 - 405th District Court**

**JOSH BELKNAP, ET AL –VS-. BANK OF AMERICA HOME LOANS, ET AL**

TO:     **Wells Fargo Bank N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investor Trust, C/O. Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.**

WHEREAS, Josh Belknap, filed Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure in 405th District Court in and for Galveston County, Texas, on the 24th day of May, 2012 in a suit numbered 12-CV-1284, on the Docket of this Court, wherein Josh Belknap and Katherine Boland Belknap are plaintiff(s) and Bank of America Home Loans, Recontrust Company, N.A., a Subsidiary of Bank of America and Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust are defendant(s)., a true and correct copy of the Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure is attached to a true copy of this Writ and made a part thereof.

AND WHEREAS, THE HONORABLE, Acting Judge, Frank Carmona of said Court, has made upon said Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure fiat, a true and correct copy of said fiat is also attached to this Writ and made a part thereof.

NOW, THEREFORE YOU, **Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mor** are hereby temporarily enjoined and restrained from:

SEE ATTACHED ORDER

WHEREAS THE SAID **Josh Belknap, et al** has executed and filed with the Clerk of this Court **Cash in Lieu of Bond** which has been approved in the sum of **$ 956.00** payable and conditioned as required by law and order of the Judge.

YOU ARE FURTHER NOTIFIED TO BE AND APPEAR BEFORE **405th District Court** and for Galveston County, Texas, at the Courthouse in the City of Galveston, Texas, on **, Tuesday the 5th day of June, 2012** at **3:00pm**, to show cause, if any you have, why this injunction should not be granted, effective until final decree of this suit.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas, **on this the 25th day of May, 2012.**

Given under my hand and seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
Doryn Danner Glenn, District Clerk
Galveston County, Texas

By:_____, Deputy
     **Shailja Dixit**

======================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock ____. M. and executed in _____ County, Texas by delivering to the within named **Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mor,** by serving in person or by registered or certified mail, return receipt requested, a true copy of this Writ, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Temporary Restraining Order, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

     Amount: _____          Name of Officer or Authorized & Disinterested Person

                                    _____
                                    County, Texas

                          By        _____
                                    Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this Writ was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed    _____

Notary Public In and for the State of Texas    _____

Commission Expires    _____

CITATION WITH TRO

THE STATE OF TEXAS

CAUSE NO. 12-CV-1284 - 405th District Court

JOSH BELKNAP, ET AL -VS- BANK OF AMERICA HOME LOANS, ET AL

**TO:**   BANK OF AMERICA HOME LOANS, Upon Whom Process of Service may be had by Serving it: **REGISTERED AGENT, STINSON FOUNDATION, 303 WEST WALL STREET, MIDLAND, TEXAS 79701.**

Greetings:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County, Texas sitting in Galveston, Texas, and the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** was filed **on this the 24th day of May, 2012.** It bears cause number **12-CV-1284** and see the attached petition/motion for named parties to the suit.

The name and address of the Movant or the attorney of record is:

**Robert D. Clements, Attorney**
**1600 E. Highway 6, Suite 318**
**Alvin, Texas 77511**

The nature of the demands of said Movant is shown by a true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** and made a part hereof.

If this citation is not served, it shall be returned unserved.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By:_____, Deputy
    **Shailja Dixit**

**NOTE: Status Conference Set:**
**08/23/2012 at 9:30am; SEE ATTACHED FORM**
=================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock ____. M. and executed in _____ County, Texas by delivering to the within named **BANK OF AMERICA HOME LOANS**, by serving in person or by registered or certified mail, return receipt requested, a true copy of this citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure**, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

    Amount: _____       Name of Officer or Authorized & Disinterested Person

                                 _____ County, Texas

                        By  _____
                            Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed _____

Notary Public In and for the State of Texas _____

Commission Expires _____

12-CV-1284
DCTERO1
Temporary Restraining Order – Issued – OCA
404422

CITATION WITH TRO

THE STATE OF TEXAS

CAUSE NO. 12-CV-1284 - 405th District Court

**JOSH BELKNAP, ET AL –VS- BANK OF AMERICA HOME LOANS, ET AL**

**TO:** **Recontrust Company NA a subsidiary of Bank of America,** Upon Whom Process of Service may be had by Serving its, **Registered Agent, Stinson Foundation, 303 West Wall Street, Midland, Texas 79701.**

Greetings:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** was filed on **this the 24th day of May, 2012.** It bears cause number **12-CV-1284** and see the attached petition/motion for named parties to the suit.

The name and address of the Movant or the attorney of record is:

**Robert D. Clements, Attorney**
**1600 E. Highway 6, Suite 318**
**Alvin, Texas 77511**

The nature of the demands of said Movant is shown by a true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** and made a part hereof.

If this citation is not served, it shall be returned unserved.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By:_____, Deputy
   **Shailja Dixit**

**NOTE: Status Conference Set:**
**08/23/2012 at 9:30am; SEE ATTACHED FORM**

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock_____ . M. and executed in _____ County, Texas by delivering to the within named **Recontrust Company, N.A. ,a subsidiary of Bank of America** , by serving in person or by registered or certified mail, return receipt requested, a true copy of this citation , with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure**, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

   Amount: _____     Name of Officer or Authorized & Disinterested Person

   _____
                                    County, Texas

   By _____
      Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____day of _____, 20___.

Notary's Name Printed   _____

Notary Public In and for the State of Texas   _____

Commission Expires   _____

CITATION WITH TRO

THE STATE OF TEXAS

CAUSE NO. **12-CV-1284 - 405th District Court**

JOSH BELKNAP, ET AL –VS– BANK OF AMERICA HOME LOANS, ET AL

TO:   Wells Fargo Bank N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investor Trust, Upon Whom Process of Service may be had by Serving its: **Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.**

Greetings:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** was filed **on this the 24th day of May, 2012.** It bears cause number **12-CV-1284** and see the attached petition/motion for named parties to the suit.

The name and address of the Movant or the attorney of record is:

**Robert D. Clements, Attorney**
**1600 E. Highway 6, Suite 318**
**Alvin, Texas 77511**

The nature of the demands of said Movant is shown by a true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure** and made a part hereof.

If this citation is not served, it shall be returned unserved.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 25th day of May, 2012.**

ATTEST:
**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By: _____, Deputy
    **Shailja Dixit**

**NOTE: Status Conference Set:**
**08/23/2012 at 9:30am; SEE ATTACHED FORM**

==================================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____, 20___ at _____ o'clock ___.M. and executed in _____ County, Texas by delivering to the within named **Wells Fargo Bank, N.A., as Trustee for the Certificate Holders Merrill Lynch Mor** , by serving in person or by registered or certified mail, return receipt requested, a true copy of this citation , with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure**, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____

Amount: _____          Name of Officer or Authorized & Disinterested Person

                                County, Texas

                    By _____
                        Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed _____

Notary Public In and for the State of Texas _____

Commission Expires _____



PRECEPT NO HEARING

THE STATE OF TEXAS

CAUSE NO. **12-CV-1284 - 405th District Court**

**Josh Belknap, et al vs. Bank of America Home Loans, et al**

To any Sheriff or any Constable within the State of Texas, GREETING:

YOU ARE HEREBY COMMANDED that without delay you serve

**Bank of America Home Loans**
**c/o Registered Agent, Stinson Foundation**
**303 West Wall Street**
**Midland, TX 79701**

with accompanying copy of ~~Original Petition~~, OCA Request for Equitable Relief, Request for Temporary and Permanent Injunction and

Request for Disclosure; Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction in the above entitled cause.

HEREIN FAIL NOT, but of this Writ make due return, within five days after service, certifying how you executed same.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas.

Given under my hand and the seal of said court at Galveston, Texas on this the 25th day of May, 2012.

ATTEST:
**Doryn Danner Glenn, District Clerk**
Galveston County, Texas

By:_____, Deputy
    **Shailja Dixit**

================================================================

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock_____ M., and executed by delivering a copy of this

precept to the within-named _____, in person in _____, Galveston County, Texas,

on the _____ day of _____, 20___ at _____ o'clock_____ M.

Not executed as to the witness _____ for the following reasons: _____

_____

Fee – Serving: _____

    Amount: _____          Name of Officer or Authorized & Disinterested Person

                                    _____, County, Texas

                        By: _____
                            Signature of Deputy or Authorized & Disinterested Person

12-CV-1284
DCPRI
Precept Issued – Work Product
404423

PRECEPT NO HEARING

THE STATE OF TEXAS

CAUSE NO. **12-CV-1284** - **405th District Court**

**Josh Belknap, et al vs. Bank of America Home Loans, et al**

To any Sheriff or any Constable within the State of Texas, GREETING:

YOU ARE HEREBY COMMANDED that without delay you serve

**Recontrust Company, N.A. a subsidiary of Bank of America**
**c/o Registered Agent Stinson Foundation**
**303 West Wall Street**
**Midland, Texas 79701**

with accompanying copy of **Original Petition - OCA Request for Equitable Relief, Request for Temporary and Permanent Injunction and**

**Request for Disclosure; Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction** in the above entitled cause.

HEREIN FAIL NOT, but of this Writ make due return, within five days after service, certifying how you executed same.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas.

Given under my hand and the seal of said court at Galveston, Texas on this the 25th day of May, 2012.

ATTEST:
**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By: _____, Deputy
    **Shailja Dixit**

=====================================================================

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock ____ M., and executed by delivering a copy of this

precept to the within-named _____, in person in _____, Galveston County, Texas,

on the _____ day of _____, 20___ at ____ o'clock ____ M.

Not executed as to the witness _____ for the following reasons: _____

_____

Fee – Serving: _____

    Amount: _____

                                      Name of Officer or Authorized & Disinterested Person

                                                     County, Texas

By: _____
          Signature of Deputy or Authorized & Disinterested Person

PRECEPT NO HEARING



### THE STATE OF TEXAS

CAUSE NO. 12-CV-1284 - 405th District Court

Josh Belknap, et al vs. Bank of America Home Loans, et al

To any Sheriff or any Constable within the State of Texas, GREETING:

YOU ARE HEREBY COMMANDED that without delay you serve

**Wells Fargo Bank, N.A. as Trustee for the Certificate Holders Merrill Lynch Mortgage Investor Trust**
**c/o Registered Agent,  Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, Texas 78701-3218**

with accompanying copy of **Original Petition – OCA Request for Equitable Relief, Request for Temporary and Permanent Injunction and**

**Request for Disclosure; Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction** in the above entitled cause.

HEREIN FAIL NOT, but of this Writ make due return, within five days after service, certifying how you executed same.

WITNESS, Doryn Danner Glenn, CLERK, District Courts, in and for Galveston County, Texas.

Given under my hand and the seal of said court at Galveston, Texas on this the 25th day of May, 2012.

ATTEST:
**Doryn Danner Glenn**, District Clerk
Galveston County, Texas

By:_____, Deputy
**Shailja Dixit**

=================================================================

### OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on the _____day of _____, 20___, at _____ o'clock ____ M., and executed by delivering a copy of this

precept to the within-named _____, in person in _____, Galveston County, Texas,

on the _____ day of _____, 20__ at ____ o'clock ___ M.

Not executed as to the witness _____ for the following reasons: _____

_____

Fee – Serving: _____

　　　Amount: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Name of Officer or Authorized & Disinterested Person
　　　　　　　　　　　　　　　　　　　　　_____, County, Texas

　　　　　　　　　　　　　　By:　　　　_____
　　　　　　　　　　　　　　　　　　　Signature of Deputy or Authorized & Disinterested Person

Doryn Danner Glenn
CLERK DISTRICT COURT
FILED

JUN 0 6 2012

GALVESTON COUNTY TEXAS
BY _____
DEPUTY

CAUSE NO. 12CV1284

JOSH BELKNAP and                §       IN THE DISTRICT COURT OF
KATHERINE BOLAND BELKNAP        §
                                §
    Plaintiffs                  §
                                §
                                §
VS.                             §       GALVESTON COUNTY, TEXAS
                                §
BANK OF AMERICA HOME LOANS,     §
RECONTRUST COMPANY, N.A.,       §
a Subsidiary of Bank of America, and §
WELLS FARGO BANK, N.A., as      §
Trustee for the Certificate Holders §
Merrill Lynch Mortgage Investors Trust §
                                §
    Defendants.                 §       405TH JUDICIAL DISTRICT

**EXTENTION OF TIME OF May 24, 2012 TEMPORARY RESTRAINING ORDER**

On June 5, 2012 at 3:00 pm after considering Plaintiffs' application for Temporary

Restraining Order, Temporary Injunction, the pleadings, the affidavits, and arguments of

counsel, the Court finds there is evidence that harm is imminent and irreparable to Plaintiffs, and

if the Court does not issue the Temporary Restraining Order, Plaintiffs will be irreparably

harmed if the subject property is sold by the Galveston County Sheriff's office on June 5, 2012.

> 1.556 acre tract of land and being the west 250 feet of the east 450 feet of
> lot 6, in block 38, of Algoa suburbs addition, in Galveston County, Texas,
> according to the revised map thereof recorded in Volume 238, Page 1 of
> the map records and transferred to plat record 1, Map No, 1, 80th of the
> map records of Galveston County, Texas. Also known as 18921 Cammie
> Road, Alvin, Texas 77511.

An ex parte order EXTENTION of the May 24, 2012 Original Restraining Order for an

additional (14) fourteen days, without notice to Defendants, is necessary because there was not

enough time to give notice to Defendants, hold a hearing, and issue a restraining order before the

irreparable injury, loss, or damage may occur. Specifically, the selling, transferring or otherwise



12 – CV – 1284
DCORETRO
Order to Extend Temporary Restraining Order
413392

encumbering the personal real property located at 18921 Cammie Road, Alvin, Texas, would cause irreparable injury to Plaintiffs.

Therefore, by this Order, the Court does the following:

a.     Restrains the Defendants, and/or Galveston County Sheriff's Department from selling, transferring or otherwise encumbering any of the real property of Plaintiffs on June 5, 2012.

b.     The Court has set a bond which has been posted by cash.

c.     Extends this Temporary Restraining Order until June 20, 2012.

SIGNED on the _____ day of _____, 2012, at _____ a.m./p.m.


_____
PRESIDING JUDGE

Filed
12 June 22 A11:53
Doryn Danner Glenn
District Clerk
Galveston District

CAUSE NO. 12-CV-1284

| | | |
|---|---|---|
| JOSH BELKNAP and KATHERINE BOLAND BELKNAP | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| V. | § § | GALVESTON COUNTY, TEXAS |
| THE BANK OF AMERICA HOME LOANS, RECONSTRUCT COMPANY, N.A., a Subsidiary of Bank of America, and WELLS FARGO BANK, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust | § § § § § § § | 405TH JUDICIAL DISTRICT |
| Defendants. | § § | |

**DEFENDANTS' ANSWER AND SPECIAL EXCEPTIONS TO PLAINTIFFS' ORIGINAL PETITION**

COMES NOW, Defendants Bank of America, N.A. ("Bank of America"), incorrectly named The Bank of America Home Loans, Recontrust Company ("Recontrust"), and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "Defendants"), in the above entitled and numbered cause and files this its Special Exception to Plaintiffs' Original Petition, Request for Equitable Relief, Request for Temporary and Permanent Injunctions and Request for Disclosure ("Original Petition") and would respectfully show the Court as follows:

## I.   GENERAL DENIAL

1.    Defendants generally deny each and every claim, charge, and allegation contained in Plaintiffs' Original Petition as provided by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, and requests that the Court require Plaintiffs to prove their claims by a preponderance of the credible evidence.

## II.   SPECIAL EXCEPTIONS

2.    Defendant specially excepts to the sections of Plaintiffs' Original Petition entitled "Inadequate Remedy at Law" and "Prayer" with regard to the damages claimed because

410827.1 103896.0008

Plaintiffs do not state the maximum amount of damages they seek from Defendants. The Texas Supreme Court has consistently held that a plaintiff must plead with enough specificity to allow a defendant to ascertain from the pleading the nature and basic issues of the plaintiff's claim.[1] Although a plaintiff is not required to detail the evidence in its petition, the plaintiff is required to give fair notice of the facts.[2] These general principles also extend to the amount of damages pled for by a plaintiff.[3] Accordingly, the amount of damages plead for by a plaintiff must provide fair notice to the defendant of the facts serving as the basis for those damages.

3.      Plaintiffs have not alleged specific damages of which they allege they sustained; instead, Plaintiffs merely state they have a sustained damages in "be awarded other -and further relief to which the Plaintiffs may be justly entitled," and "Damages in an amount greatly exceeding the minimum jurisdictional limits of this Court."[4] Plaintiffs should be required to re-plead the pertinent sections with the maximum amount of damages they seek from Defendants in order to provide Defendants with fair notice of their alleged actual damages.

4.      Defendants specially excepts to the entirety of the petition in that it fails to state a cause of action upon which a claim for relief, in equity or in law, could be founded upon. None of the sections present in the Original Petition[5] delineate a cognizable cause of action recognized by the courts of the State of Texas. Defendants are unable to specifically identify any missing elements of Plaintiffs' causes of action because Plaintiffs plead no causes of action. While it is evident that Plaintiffs are requesting a temporary injunction, under Texas law, a request for injunctive relief, absent a cause of action supporting entry of a judgment, is fatally defective and

---

[1]    *See Horizon v. Auld*, 34 S.W.3d 887, 896-97 (Tex. 2000).
[2]    TEX. R. CIV. P. 47(a).
[3]    *See e.g., City of Wichita Falls v. Dye*, 517 S.W.2d 680, 682 (Tex. App.—Fort worth 1974, writ ref'd n.r.e.).
[4]    Plaintiffs' Original Petition p.5-7.
[5]    The sections of Plaintiffs' Original Petition are given titles such as "Probably Irreparable Harm" and are neither numbered nor otherwise easily designated, and as near as Defendants can ascertain Defendants are specially excepting to paragraphs 6 through 12.

410827.1
104423 PM32351
**DEFENDANTS' SPECIAL EXCEPTIONS TO PLAINTIFFS' ORIGINAL PETITION – Page 2**

does not state a claim.[6]  Because Plaintiffs have failed to adequately plead any recognizable cause of action, they should be ordered to re-plead with particularity the causes of action they wish to allege.  A petition that is not properly amended to state the maximum amount of damages the plaintiff is seeking may be dismissed,[7] and should Plaintiffs fail to amend, Defendants request dismissal.

## III. CONCLUSION

Plaintiffs have failed to plead any recognized cause of action nor have they given sufficient notice of the factual and legal basis upon which they base their claims for damages, and, therefore, Defendants cannot adequately prepare their defense.  Defendants request this Court to require the Plaintiffs to re-plead their Original Petition to provide Defendant with their causes of action and notice of the damages they allegedly sustained.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray that its Special Exceptions to Plaintiffs' Original Petition be sustained and for such other and further relief, both specific and general, at law and in equity, to which it may be entitled.

---

[6]   *Butanaru v. Ford Motor Co.*, 84 S.W.3d 198, 210  (Tex. 2002).

[7]   *McCaskell v. Methodist Hosp.*, 836 S.W.2d 519 (Tex. App. – Houston [1st Dist.] 1993, no writ); *Perry v. Cohen*, 2007 WL 28157 *3 (Tex. App. – Austin).

410827.1
104423.PM32351

**DEFENDANTS' SPECIAL EXCEPTIONS TO PLAINTIFFS' ORIGINAL PETITION – Page 3**

Respectfully submitted,

**McGLINCHEY STAFFORD, PLLC**

By: _____/s/ Matt D. Manning_____

    JEFFREY R. SEEWALD
State Bar No. 17986640
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025
jseewald@mcglinchey.com

    MATT D. MANNING
State Bar No. 24070210
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025
mmanning@mcglinchey.com

ATTORNEYS FOR DEFENDANTS BANK
OF AMERICA, N.A.

**CERTIFICATE OF SERVICE**

    I certify that a correct copy of the foregoing has been served on all parties in interest by facsimile, in accordance with the Texas Rules of Civil Procedure on this the 22nd day of June, 2012 as follows:

        **_Via Facsimile (281) 331-8777_**
        Robert D. Clements, Jr.
        Chris R. Lay
        Melissa Krampota
        Patrick "Pat" Huzinec
        Law Office of Robert D. Clements, Jr. & Assoc.
        1600 E. Highway 6, Suite 318
        Alvin, Texas 77511
        Phone: (281) 331-1325
        Fax: (281) 331-8777

        _____/s/ Matt D. Manning_____
        Matt D. Manning

CAUSE NO. 12-CV-1284

| | | |
|---|---|---|
| JOSH BELKNAP and KATHERINE BOLAND BELKNAP | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| V. | § § | GALVESTON COUNTY, TEXAS |
| THE BANK OF AMERICA HOME LOANS, RECONSTRUCT COMPANY, N.A., a Subsidiary of Bank of America, and WELLS FARGO BANK, N.A., as Trustee for the Certificate Holders Merrill Lynch Mortgage Investors Trust | § § § § § § § | 405TH JUDICIAL DISTRICT |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS TO PLAINTIFFS' ORIGINAL PETITION

On this day came on to be heard Defendants Bank of America, N.A. ("Bank of America"), incorrectly named The Bank of America Home Loans, Recontrust Company ("Recontrust"), and Wells Fargo Bank, N.A.'s ("Wells Fargo") (collectively, "Defendants") Special Exceptions to Plaintiffs' Original Petition and the Court, having considered same, is of the opinion that Defendants' motion should be granted. It is, therefore:

ORDERED, ADJUDGED AND DECREED that Defendants' Special Exceptions are granted in full. Plaintiffs are hereby ORDERED to amend their petition pursuant to Defendants' Special Exceptions within _____ days of the signing of this order. Should Plaintiffs fail to amend their petition in any or all of the manners established in Defendants' Special Exceptions, then Plaintiffs will be considered in contempt of court and subject to sanctions, up to and including dismissal of this case with prejudice.

SIGNED THIS _____ DAY OF _____ 2012.

_____
THE HONORABLE JUDGE

410827.1
104423.PM32351